**Index of Exhibits to Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction**

1.  Georgia House Bill 87

2.  Declaration of Abraham F. Lowenthal and Exhibit A

3.  Declaration of Jane Doe 2

4.  Declaration of David S. Kennedy, Jr.

5.  Declaration of Paul Bridges

6.  Declaration of Benjamin Speight

7.  Declaration of Everitt Howe

8.  Declaration Paul C. Edwards, Jr.

9.  Declaration of Sharon Gruner

10. Declaration of Jane Doe 1

11. Declaration of George Gascón

12. Declaration of Eduardo Gonzalez

13. Declaration of Lewis Smith

14. Declaration of Ernesto Piñon

15. Declaration of Jaypaul Singh

16. Declaration of John Doe 1

17. Declaration of John Doe 2

18. Declaration of Silvia America Gruner

19. Declaration of Anton Flores

20. Declaration of Adelina C. Nicholls

21. Declaration of Anita Beaty

22. Declaration of Helen Kim Ho

23. Declaration of Mohammad Abdollahi Ali-Beik

24. Declaration of Eliseo Medina

25. Declaration of Harris Raynor

26. Declaration of Gabriela Gonzalez-Lamberson

27. Declaration of Molly Lauterback and Exhibits A through F

28. Exhibits G through J for Declaration of Molly Lauterback

29. Exhibits K through M for Declaration of Molly Lauterback