# EXHIBIT 2

# DECLARATION OF ABRAHAM F. LOWENTHAL

I, Abraham F. Lowenthal, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

2.    I am a Professor of International Relations at the University of Southern California ("USC"), a position I have held since 1984. I am also currently a non-resident Senior Fellow of the Pacific Council on International Policy, a Los Angeles-based international leadership forum, as well as a non-resident Senior Fellow of the Brookings Institution. My *curriculum vitae* is attached to my declaration as Exhibit A.

3.    I received my PhD in Government from Harvard University in 1971. Previously, I earned my BA and a Master's in Public Administration degree, both also from Harvard, in 1961 and 1964, respectively.

4.    For the past forty years, my primary area of research has been relations between the United States and Latin America. I have written or edited some fifteen books and numerous journal articles, chapters and volumes on various aspects of those relations. My essay published in the July 2010 issue of *Foreign Affairs*, the leading journal on international relations, was my seventh;

1

no one else in that journal's history has published as frequently on U.S.-Latin American relations. I was founding director of the Latin America Program at the Woodrow Wilson International Center for Scholars in Washington, DC from 1977 to 1983, and founding director of the Inter-American Dialogue, also in Washington, from 1982 to 1992. These are still considered among the country's foremost think tanks on U.S.-Latin American relations.

5.    Among the issues on which I have focused is the relationship between the United States and Mexico, including the special issues which arise from Mexico's proximity, presence, and influence. I directed the California-Mexico project at USC from 1984 to 1992, co-edited the *California-Mexico Connection* (Stanford University Press, 1993), and included sections on managing complex interdependence with Mexico in my most recent book, Global California (Stanford University Press, 2009). I have travelled frequently to Mexico, lectured there often, and participated actively in numerous academic and policy exchanges there. I recently published an essay titled "The United States and Latin America, 1960-2010," in the Mexican journal, *Foro Internacional.* It was the lead essay in their fiftieth anniversary issue.

6.    I have testified fourteen times on U.S.-Latin American relations before the U.S. Congress, briefed the First Lady and two Secretaries of State, and

addressed all the U.S. Ambassadors to Latin America and the Caribbean in January 2010 at the request of the State Department.

7. I am quite familiar with the history as well as the current state of relations between the United States and Mexico. During 2008-2009, I served as senior advisor to the Binational Task Force on the U.S.-Mexico Border organized by the Pacific Council on International Policy ("PCIP") and the Mexican Council on Foreign Relations ("COMEXI"), which in 2009 published a widely-praised report, *Managing the Mexico-U.S. Border: Seeking Cooperative Solutions to Common Challenges.* Many of the ideas in that report are reflected in the joint "Declaration by the Government of the United States of America and the Government of the Unites Mexican States Concerning Twenty-First Century Border Management" (May 19, 2010), a document which illustrates the important progress the two countries have recently been making in confronting shared challenges in a constructive, mutually respectful, and effective way.

8. Former President George W. Bush, President Barack Obama, and numerous other senior US government officials have identified the U.S. relationship with Mexico as one of the most significant international relationships this country has, in some ways the most important in day to day terms. A country of nearly 110 million persons sharing a two thousand miles

3

land border with the United States, Mexico is both large and close, and it is inextricably intertwined with the United States as a result of many years of migration and of functional economic integration involving investment; trade; and the movement of people, goods, money, and ideas. Mexico is the third largest export market for the United States (after Canada and China). It is an arena for major investment by U.S. corporations, in many cases facilitating integrated industrial production that might otherwise move to Asia. It is the destination for millions of U.S. tourists each year, and has become the retirement site for hundreds of thousands of U.S. citizens. The extent and significance of the U.S.-Mexico connection in quotidian terms can hardly be exaggerated. It substantially affects a range of issues including employment, the environment, public health, law enforcement, as well as immigration.

9. Because of Mexico's large and growing importance for the United States, relations with Mexico have been a high priority for the current government of the United States. The only foreign head of state with whom President-elect Obama met was Felipe Calderón of Mexico. Mexico was also the first country of the Americas Mr. Obama visited as President. In her first fifteen months in office, Secretary of State Clinton made two trips to Mexico, accompanied on one or both occasions by the Secretary of Defense, the Attorney General, the

Secretary for Homeland Security, the Chairman of the Joint Chiefs of Staff and other senior officials. Mexico's President Calderon made the second state visit to Washington during the Obama administration and recently returned for further discussions with the U.S. government and Congress.

10. I have read House Bill 87, the recent legislation approved by the legislature of Georgia and signed by that state's governor. Among other provisions, the law authorizes Georgia law enforcement to prolong the detention of individuals they stop in order to verify their immigration status, and allows for the warrantless arrest of individuals if law enforcement officers obtain verification that an individual is present in the United States in violation of immigration law. The law also prohibits the use of the Mexican Consular Identification Card, commonly known as the Matricula, as identification for any official purpose.

11. It is my considered opinion that this law, if allowed to stand, would significantly impair the relations of Mexico with the United States; the attitudes and opinions of Mexicans, officials, and the general public toward the United States; and the capacity of U.S. Government officials to conduct constructive relations with Mexico in the national interest of the United States and its citizens.

5

12.     Mexico is an important trading partner with the state of Georgia, and the port of Savannah in 2010 was the second-greatest source of exports to Mexico, by total value, of any port in the United States. Actions taken in Georgia that affect international issues undoubtedly have an important impact upon relations between the United States and Mexico. One such issue is the question of immigration and the treatment of Mexican nationals who migrate, legally or illegally, to the United States. Any policy that significantly affects Mexicans living abroad affects the attitude of the Mexican government and of other important Mexican business and other interest groups. Such policies therefore significantly affect Mexico's stance in foreign relations and foreign negotiations with the United States.

13.     Indeed, already the Consul General of Mexico in Atlanta has publicly criticized HB 87 on two occasions, first on March 4, when the Georgia House of Representatives passed an earlier version of the bill, and subsequently on April 15, when the Senate passed the final version of the bill. In the latter statement the Consul General observed that if HB 87 were to take it effect it "could have negative consequences on the human and civil rights of Mexican nationals" living in Georgia, and that it could subject them to "undue law enforcement immigration practices by state officers." The Consul General also

6

objected that "HB 87 imposes restrictions on High Security Consular Identification cards which have no bearing on the holder's immigration status, and are issued under rigorous procedures and according to the Vienna Convention on Consular Relations to which Mexico and the United States are parties."

14.    The juxtaposition of the United States and Mexico – of a powerful post-industrial, technologically advanced society and economy next to a capital-poor, labor surplus developing economy – creates both great opportunities for synergistic cooperation and for destructive conflict. The task of U.S. foreign policy is to try to build upon and realize the synergies, and to reduce, mitigate and manage the conflicts. Georgia's HB 87 makes this challenge far more difficult. Negotiations on immigration regulations, improving various aspects of life at the border, foreign trade, and control of drug trafficking have been or will be negatively affected by this law.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 7th day of June, 2011 in West Barnstable, Massachusetts.

Abraham F. Lowenthal

7

# EXHIBIT A

Abraham F. Lowenthal                                        E-mail: afl@usc.edu
*Curriculum Vitae*                                          Phone: 213-740-0793

# ABRAHAM F. LOWENTHAL
## *CURRICULUM VITAE*
October 2010

| | |
|---|---|
| Born: | April 6, 1941, in Hyannis, Massachusetts |
| Married: | June 24, 1962, to Janet Wyzanski (divorced); January 20, 1991 to Jane S. Jaquette |
| Children: | Linda Claudina; born April 6, 1966, Santiago, Dominican Republic Michael Francis; born May 9, 1969, Washington, D.C. |
| Education: | Public schools of Leominster, Massachusetts |
| | A.B. Harvard College 1961 (magna cum laude in History) |
| | Harvard Law School 1961-1962 (completed one year) |
| | M.P.A. Graduate School of Public Administration, Harvard University, 1964 |
| | Ph.D. Harvard University (Government) 1971 |

## AWARDS AND HONORS (Selected)

- Phi Kappa Phi award, for outstanding book by faculty member at University of Southern California (USC) (1988)

- Golden Key award, for faculty excellence, University of Southern California (1990)

- Doctor of Laws, honoris causa, University of Notre Dame (1991)

- Fulbright Senior Fellow Award, for research in Japan, Council for International Exchange of Scholars, Washington, DC (1993)

- Decorated by President Fernando Henrique Cardoso (Brazil) with the Order of the Southern Cross, rank of Grand Commander (reserved for cabinet members, justices of the Supreme Court and others of comparable stature), for outstanding contributions to the study and practice of inter-American relations, Washington, DC (1999)

- Appointed Robert F. Erburu Professor of Ethics, Globalization and Development, USC (2005)

- Edwin J. Perkins Public Service Award for "demonstrated commitment to promoting diversity in international affairs." (2005)

- Decorated by President Leonel Fernandez (Dominican Republic) with the Order of

1

Abraham F. Lowenthal                                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                                      Phone: 213-740-0793

Sanchez, Duarte and Mella, with rank of Commander.  (2006)

▪ Los Angeles Chamber of Commerce Stanley T. Olafson Award for "contributing to the development of world trade in Southern California." (2010)

# SCHOLARSHIPS AND FELLOWSHIPS

Undergraduate and Graduate:

Various local, state and Harvard College scholarships; Harvard University Administration Fellowships; Brookings Institution Foreign Policy Fellowship (1967-1969)

Post-Graduate:

▪ International Affairs Fellowship, Council on Foreign Relations  (1972-1973); Awardee, European Visitors' Program, EEC, November-December, 1976; Guest Scholar, Brookings Institution (1980); Visiting Scholar, Villa Serbelloni, Rockefeller Foundation, February 1981; Mellon Scholar, UCLA (1981); Fellow, St. Antony's College, Oxford, April-May 1983; Lester Martin Fellow, Hebrew University of Jerusalem, June 1983; Tinker Visiting Fellow, CEBRAP, São Paulo, Brazil (July 1983); Visiting Fellow, University of California, San Diego (September-December, 1983); Senior Associate Member, St. Antony's College, Oxford (May-June 1988); Distinguished Visiting Scholar, Towson State University, Towson, Maryland (August 1989), Distinguished Visiting Scholar, University of Oklahoma (November 1991); Research Associate, International Institute of Strategic Studies, London (May-July, 1992).  Senior Fulbright Scholar, Tokyo (May-June 1994); Fellow, Southern California Studies Center, University of Southern California (1998-99); Visiting Fellow, St. Antony's College, University of Oxford, (May-June 1999); Visiting Scholar, Weatherhead Center for International Affairs, Harvard University, (July-December 1999); Visiting Fellow, Public Policy Institute of California, San Francisco (January 2000-June 2000); Senior Fellow, UCLA School of Public Policy and Social Research (2003-2004): Public Policy Scholar, Woodrow Wilson International Center for Scholars, Washington, D.C., November 1, 2005 - January 31, 2006.

## PROFESSIONAL EMPLOYMENT

| | |
|---|---|
| Sept 1964-Aug 1966: | Training Associate, Ford Foundation, Santiago, Dominican Republic |
| Feb 1966-June 1966: | Visiting Lecturer in Political Science, Catholic University of Santiago, Dominican Republic |
| July 1969-June 1972: | Assistant Representative, Acting Representative, and Social Science Program Advisor, Ford Foundation, Lima, Peru |
| Sept 1972-June 1974: | Visiting Fellow and Research Associate, Center for International Studies, Princeton University |

2

Abraham F. Lowenthal                                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                                      Phone: 213-740-0793


July 1974-Dec 1976:            Assistant Director and then Director of Studies, Council on Foreign Relations, New York
Sept 1974-June 1976:           Lecturer (part-time) in Public and International Affairs and Latin American Studies, Princeton University
Jan 1977-Dec 1983:             Established and directed Latin American Program, Woodrow Wilson International Center for Scholars, Washington
Oct l982-January 1992:         Founding Executive Director, Inter-American Dialogue
Jan 1984-present:              Professor, School of International Relations, University of Southern California (USC)
Sept 1989-June 1993:          Director, California-Mexico Project, USC
July 1992-June 1997:           Director, Center for International Studies, USC
1993-1995                     Led exploratory effort to establish the Pacific Council on International Policy
April, 1995-June 2005         President, Pacific Council on International Policy
July, 1995-June 2005          Vice President, Council on Foreign Relations (New York)
July 2005-present             President emeritus, Pacific Council on International Policy
Nov 2005 - Jan 2006           Public Policy Scholar, Woodrow Wilson International Center for Scholars, Washington, DC
January 2006-present          Adjunct Professor (Research), Thomas Watson Institute on International Studies, Brown University
January 2007-present          Senior Fellow for Latin America and International Affairs, Pacific Council on International Policy
January 2008-June 2010        Nonresident Senior Fellow, Brookings Institution

3

## GOVERNANCE BOARDS

| | |
|---|---|
| 1977-1980 | Member, Ad Hoc Committee, Rockefeller Public Service Awards, Princeton University |
| 1977-1982 | Member, National Advisory Council, Amnesty International |
| 1979-1981 | Member, Council, American Political Science Association |
| 1979-1981 | Member, Executive Council, Latin American Studies Association |
| 1979-l984 | Charter Member, National Advisory Committee, Hubert H. Humphrey Fellowship Program (Chairman for two meetings) |
| 1981-1986 | Member, International Advisory Board, Center on U.S.-Mexico Relations, University of California, San Diego |
| 1981-1986 | Member, International Scientific Committees, Gino Germani Center, Italy |
| 1982-l983 | Member, Board, Consortium of U.S. Research Programs for Mexico (PROFMEX) |
| 1984-1986 | Member, Board of Monticello West Foundation, Stanford |
| 1984-1995 | Member, International Advisory Board, Helen Kellogg Institute, Notre Dame |
| l985 | Chairman, Nominations Committee, Latin American Studies Association |
| 1985-1989 | Chairman, Board of Advisors on Latin American Affairs, Roosevelt Center for American Policy Studies |
| l985-present | Member of Advisory Board, New Perspectives Quarterly |
| l985-1990 | Member, Committee of Friends, International Friends of the Chilean Human Rights Commission |
| 1986-1988 | Member, Selection Panel, International Fellowship Program to Strengthen Soviet Studies, Social Science Research Council |
| 1986-1995 | Member, National Advisory Board, Center for National Policy |
| 1989-1995 | Member, Consejo Consultivo, Foro Interamericano, Santiago, Chile |
| 1989-1999 | Member, Board of Advisors, Hemisfile: Latin American Trends, Institute of the Americas, La Jolla |
| 1989-1993 | Member, Selection Panel, International Affairs Fellowship, Council on Foreign Relations |
| 1989-1996 | Member, California Committee, Americas Watch, |
| 1991-1992 | Member, Latin American Task Force, Commission on Competitiveness, New York State Industrial Cooperation Council |
| 1991-present | Member, International Advisory Committee, Latin American Faculty of Social Sciences (FLACSO), Santo Domingo, Dominican Republic |
| 1992-1995 | Member, Advisory Board, Instituto Cultural Mexicano de Los Angeles |
| 1993-2004 | Member of the Board of Directors, Inter-American Dialogue |
| 1993-present | Member, International Advisory Board, Instituto de Estudios Politicos y Relaciones Internacionales, Universidad Nacional de Colombia (Bogota) |
| 1994-present | Member, Research Council, International Forum for Democratic Studies |

4

Abraham F. Lowenthal                                        E-mail: afl@usc.edu
*Curriculum Vitae*                                          Phone: 213-740-0793

| | |
|---|---|
| 1998-present | Member; Consejo Editorial, Revista de Humanidades, Instituto Tecnologico y de Estudios Superiores de Monterrey, Mexico |
| 1999-2001 | Board member, Fulbright Association |
| 2003-2006 | Member, Advisory Committee, Institutions for the Successor Generation of Americans, American Assembly |
| 2003-present | Member, International Advisory Board, Monterey Institute of International Studies |
| January 2006 | Contributing Editor, New Perspectives Quarterly |
| April 2006-present | Member, Editorial Board, Revista do Economia e Relaçoes Internacionais (São Paulo) |
| March 2007-present | Member, Selection Committee, Gus Hart Award, Chicago Council on Global Affairs |
| March 2010 –present | Member of the International Advisory Board of the Department of Political Studies, Fundación Salvadoreña para El Desarrollo Económico y Social (FUSADES, El Salvador). |
| August 2010-present | Member of the Strategic Advisory Board of the United Nations Development Program, Regional Bureau for Latin America and the Caribbean. |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1992-present | Member, Inter-American Dialogue |
| 05-93 to 07-93 | Visiting Research Associate, International Institute for Strategic Studies, London |
| 1992-1993 | Senior Fellow, Inter-American Dialogue (IAD) |
| 1993-1994 | Director, Brazil Project, Inter-American Dialogue (IAD) |
| 1993-1995 | Director, Democratic Governance Project, (IAD) |
| 1997-2001 | Member, International Trade Advisory Council appointed by Los Angeles Mayor Richard Riordan |
| 1999-2000 | Senior Advisor, Society of International Business Fellows(Atlanta) |
| 2001-2005 | Member, International Trade Advisory Board appointed by Los Angeles Mayor James Hahn |
| 2004-2005 | Member, Task Force on US Policy in the Americas, Inter-American Dialogue |
| March-April 2006 | Visiting Fellow, Fernando Henrique Cardoso Institute, and Fundaçao Armando Alvares Penteado, (FAAP), São Paulo, Brazil |
| April-May 2006 | Visiting Fellow, Latin American Social Science Faculty (FLACSO), Santiago, Chile |
| January 2008-present | Non-resident Senior Fellow, Brookings Institution |

## UNIVERSITY COMMITTEE RESPONSIBILITIES  (Selected)

5

Abraham F. Lowenthal                                                     E-mail: afl@usc.edu
*Curriculum Vitae*                                                       Phone: 213-740-0793

- Chairman, Committee on Admissions and Financial Aid, School of International Relations l985-86; l986-87

- Member, Pew Advisory Committee, Center for International Studies, 1986-87, 1987-88

- Member, Advisory Committee on Selection of New Dean for Letters, Arts, and Sciences, 1986

- Chairman, University-wide Committee on Investments and Social Responsibility, l986-1989

- Member, Committee on Libraries, 1986-1989

- Member, Search Committee, Department of History, 1986

- Member, Advisory Committee, Program on International Journalism, School of Journalism, 1986-present

- Chairman, Task Force on Strengthening the PhD Program, School of International Relations, 1989

- Member, University-wide Committee on Appointments, Promotion and Tenure, 1989

- Member, All-University Phi Kappa Phi Faculty Awards Committee 1989-90

- Member, Advisory Committee, Center for International Studies, 1987-88, 1990-91

- Chairman, Committee on Placement, Internships and Alumni Relations, School of International Relations, 1987-88, 1991-92

- Member, Search Committee, Dean of Social Sciences and Communications, LAS, 1991-92

- Co-Chair, Southern California Workshop on Political and Economic Liberalization, 1992-93; chair, 1995-96

- Member, Advisory Board, International Business Education and Research Program (IBEAR), 1992-present

- Participant, Boeckman Center for Latin American Studies, 1992-present

- Member, Search Committees, School of International Relations, 1992-93 and most subsequent years

6

- Member, Advisory Board, Social Science Research Institute, 1993-1998

- Member, Advisory Board, Program in International Journalism, 1993-1997

- Member, Academic Senate, Regional Studies Program, 1993-present

- Member, Ad Hoc Group on International Education, 1993-present

- Chair, Selection Committee for Provost's Initiative on Latin American and Asia Experts, 1996-99

- Fellow, Southern California Studies Center, 1995-1999

- Member, numerous committees at the School of International Relations, most recently on Development, on College Initiative, and on Public Diplomacy Search (joint with Annenberg).

- Member, Faculty Advisory Council, Center for Public Diplomacy, Annenberg School of Communication

- Member, Advisory Board of Levan Institute for Humanities and Ethics

### EDITORIAL BOARDS

New Perspectives Quarterly, Hemisphere, Hemisfile (1984-2000), Journal of Inter-American Studies and World Affairs (1980-1997), International Security (l977-l985), The Wilson Quarterly (l977-l983), Center for US-Mexico Studies, University of California, San Diego (1988-1995), Revista de Humanidades: Tecnológico de Monterrey (1999-present), and Revista de Economia Relaçoes Internacionais in São Paulo, Brazil (2006-present).

### PROFESSIONAL ASSOCIATIONS

Member: Council on Foreign Relations, Pacific Council on International Policy, International Institute of Strategic Studies, American Political Science Association, Latin American Studies Association, International Political Science Association, National Committee on United States-China Relations, US-Asia Council.

### LECTURES

Lectures at numerous institutions in the United States, including University of Arizona, University of Arkansas, Brandeis, Brown, University of California (Berkeley), UCLA,

7

Abraham F. Lowenthal                                                  E-mail: afl@usc.edu
*Curriculum Vitae*                                                    Phone: 213-740-0793

University of California (Irvine), University of California (Riverside), University of California (San Diego), Claremont, Colorado College, Columbia, Dartmouth, Dayton, Denver, Duke, Florida, Florida International, Georgetown, George Washington, Harvard, Johns Hopkins, Kentucky, Massachusetts, Miami (FL), Miami of Ohio, New Hampshire, New Mexico, North Carolina, North Carolina Central, Oberlin, Occidental, University of Oklahoma, University of the Pacific, Pennsylvania, Princeton, SAIS, San Diego State, University of South Florida, St. Olafs, Stanford, Swarthmore, Tufts, Vanderbilt, Vassar, Washington University of St. Louis, West Georgia College, Whittier, Yale, and other colleges and universities; Armed Forces Staff College, National War College, Western Hemisphere Security Institute and Inter-American Defense College; Foreign Service Institute; City Bar Association, New York; Inter-American Bar Foundation, Washington; National Association of Foreign Student Advisers;  Inter-Action; Keynote Speaker, Business International Conference in Latin America; BusinessWeek Forum of CFOs; luncheon address, CFO meeting, Institutional Investor; Mexican Institute of Financial Executives (Monterrey, Mexico); presentations at American Airlines, IBM Corporate Headquarters, Chase Manhattan Bank, Esso Inter-America, The Capital Group, Wells Fargo Bank and other corporations; Americas Society (New York); Carnegie Endowment; Council on Religion and International Affairs; Foreign Policy Association; Institute of Policy Studies; The Conference Board; The American Society of International Law; Brookings Institution, American Friends Service Committee; American Association of University Women; Committees on Foreign Relations and World Affairs Councils in Albuquerque, Austin, Chicago, Dallas, Denver, Des Moines, Detroit, Indianapolis, Minneapolis, Omaha, Palm Springs, Phoenix, Portland, Salt Lake City, San Antonio, San Jose, Santa Barbara, Seattle, St. Louis, and Tucson; meetings of the Society of International Business Fellows in Charlotte, Dallas, and Nashville; Institute of the Americas (La Jolla); Public Policy Institute of California; and many other such organizations; as well as various institutions abroad, including Chinese Academy of Social Sciences; Latin America Institute, Moscow; El Colegio de Mexico, University of the West Indies; Instituto de Estudios Peruanos and CEPEI (Lima); CIEPLAN, Consejo Chileno de Relaciones Internacionales and FLACSO, (Santiago); INTAL and CARI Buenos Aires); CEBRAP, FAAP and University of São Paulo (São Paulo); FLACSO and CORDES (Quito); Simon Bolivar University (Caracas); EAFIT (Medellín, Colombia); University of Havana; SELA (Havana); FUNGLODE, Santo Domingo; Hebrew University of Jerusalem; Royal Institute of International Affairs (London); Oxford, Cambridge, University of London; German Association of Latin American Studies; Ortega y Gasset Institute (Madrid); Sophia University and International House of Japan (Tokyo); Japan External Trade Organization (JETRO); Hong Kong Forum; University of British Columbia (Vancouver); and many others.

8

Abraham F. Lowenthal                                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                                            Phone: 213-740-0793

## CONGRESSIONAL AND OTHER TESTIMONY

Testified in the House or the Senate in 1973, 1975, 1976, 1977 (twice), 1981, 1982 (twice), 1983, l985, 1988, 1990, 1991 and 1997, on issues such as Panama Canal, Central American crisis, Caribbean development, U.S. interests in Latin America, and U.S. policy regarding Latin American democracy.

Testified before the California Assembly on "Maintaining California's Mexican Connection" (1999).

## INTERVIEWS

Frequently interviewed by radio, television and press from the United States, many countries in Latin America and the Caribbean, Canada, and the United Kingdom.

## CONFERENCES, MEETINGS, AND SEMINARS

Papers presented at American Political Science Association, Latin American Studies Association, International Studies Association, Caribbean Studies Association, and Inter-University Seminar on Armed Forces and Society. Participant in conferences in China, France, Germany, Israel, Italy, Japan, Spain, Sweden, the Soviet Union, Taiwan and the United Kingdom, as well as numerous conferences in the United States and throughout Latin America and the Caribbean.

Chaired numerous seminars, conferences and meetings including the Faculty Colloquium on National Development at Princeton University (1972-75); the Peru Seminar at the Center for Inter-American Relations, New York (1973); various study groups at the Council on Foreign Relations, New York; the Inaugural Conference at the Institute of the Americas, La Jolla, California, (November, l984); the conference on "Brazil in a New World" of the Inter-American Dialogue (December 1992); the West Coast Conference on "American Foreign Policy in the Clinton Era" held at USC (April 1993); a four-part series on Mexico under the auspices of the USC Center for International Studies and its California-Mexico project (February-April 1994); the Democratic Governance in the Americas conference at the Kellogg Institute at Notre Dame (April-May 1994); and the Inter-American Dialogue's project and conference on Democratic Governance (September 1994). I also organized the substantive program for the Western States Treasurers Association (October 1993); and chaired the plenary session of the conference of the Pacific Economic Cooperation Council (PECC) in Santiago, Chile on "Prospects for Transpacific Partnership" (September 1997). From 1995-2005, I chaired numerous workshops and panels of the Pacific Council. Since July 2005 I have participated in a number of conferences and workshops in the United States, Brazil, Chile, Argentina, Mexico, Peru, Spain and the United Kingdom.

Abraham F. Lowenthal                                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                                      Phone: 213-740-0793


## TRAVEL

Caribbean area (Dominican Republic, Cuba, Jamaica, Barbados, Trinidad, Grenada, St. Vincent, Antigua, and Guyana), Argentina,  Bolivia, Brazil, Chile, Colombia, Costa Rica, El Salvador, Guatemala, Mexico, Nicaragua, Panama, Paraguay, Peru, Uruguay, Venezuela; Belgium, Canada, Czech Republic, England, France, Germany, Hungary, India, Israel, Italy, Kenya, Luxembourg, Poland, South Africa, Spain, Sweden, the Soviet Union (Russia); Japan, Korea, People's Republic of China, Hong Kong and Taiwan.


## RESEARCH PROJECT DIRECTOR

| | |
|---|---|
| 1974-1975 | Research project on "The Conduct of Routine Relations", Commission on the Organization of Government for the Conduct of Foreign Policy |
| 1976-1977 | Research Project on "Conflict and Cooperation in the Americas", Department of State |
| 1980-l985 | "The United States and Latin America", Twentieth Century Fund |
| 1986-1989 | The United States and Democracy in Latin America", World Peace Foundation, Social Science Research Council/American Council of Learned Societies |
| 1990-1992 | "The California-Mexico Connection", John Randolph and Dora Haynes Foundation; William & Flora Hewlett Foundation; James Irvine Foundation |
| 1990-1993 | "Latin America and the Changing International Context", The Pew Charitable Trusts |
| 1992-1994 | "Political and Economic Liberalization in Latin America", USC/CIS with support from the North-South Center, University of Miami and the Ford Foundation |
| 1998-1999 | "Mexico's Transformations", Pacific Council Study Group, with support from the Ford Foundation and many corporate sources |
| 1998-1999 | "Managing California's Mexico Connection", Pacific Council Task Force |
| 1999-2002 | "Latin America and the United States at the Century's Turn" |

10

Abraham F. Lowenthal                                                     E-mail: afl@usc.edu
*Curriculum Vitae*                                                        Phone: 213-740-0793

| | |
|---|---|
| 1999-2005 | "California's Global Connections, Challenges and Opportunities", funding from USC's Southern California Studies Center (from Irvine Foundation grant), Public Policy Institute of California, the John Randolph Haynes and Dora Haynes Foundation, and the School of International Relations and Center for International Studies, USC. |
| 2005-present | "The Craft of Think Tank Institution Building:  Working at the Nexus Between Thought and Action," funding from Rockefeller Brothers Fund, William and Flora Hewlett Foundation, John Templeton Foundation, Woodrow Wilson International Center for Scholars and School of International Relations, USC. |
| Jan 2008-2010 | "Rethinking US Policies and Relationships in the Americas," funding from the Ford Foundation and Brookings Institution. |

## FUNDRAISING

In connection with my responsibilities at the Council on Foreign Relations, Woodrow Wilson International Center for Scholars, Inter-American Dialogue, University of Southern California and the Pacific Council on International Policy, I have secured considerably more than $15 million in grants, other than those to support my personal research, from foundations, corporations, individuals, governments and international organizations.  Among the foundations from which I have secured grants (in many cases multiple grants) are, in alphabetical order:

The Ahmanson Foundation
The Andrew Mellon Foundation
The Asia Foundation
The Benton Foundation
Carnegie Corporation of New York
The Claire Giannini Fund
The Edgerton Foundation
The Exxon-Mobil Foundation
The Ford Foundation
The Freeman Foundation
The Bill and Melinda Gates Foundation
General Service Foundation
The J. Paul Getty Trust
German Marshall Fund of the United States
John Randolph Haynes and Dora Haynes Foundation

William and Flora Hewlett Foundation
Conrad N. Hilton Foundation
James Irvine Foundation
John D. and Catherine T. Mac Arthur Foundation
The Joyce Foundation
The North-South Center, University of Miami
The Ralph M. Parsons Foundation
The Pew Charitable Trusts
Rockefeller Brothers Fund
The Rockefeller Foundation
The Stanley Foundation
The John Templeton Foundation
The Tinker Foundation
The World Peace Foundation

11

Abraham F. Lowenthal                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                           Phone: 213-740-0793

## CONSULTING

- June 1974-December 1976, Special Consultant, Commission on U.S.-Latin American Relations ("Linowitz Commission")

- Various dates, Consultant for Ford Foundation, Rockefeller Foundation, Inter-American Foundation, Benton Foundation, William and Flora Hewlett Foundation; Charles F. Kettering Foundation, Roosevelt Center for American Policy Studies; NBC-TV, PBS; Transnational Research Corporation, The Futures Group, etc.

## PUBLICATIONS

## BOOKS

### Single-authored volumes

- The Dominican Intervention (Harvard University Press, 1972). Published in Spanish (El Desatino Americano) in Santo Domingo in 1977. Reissued in paperback (with a new preface) by Johns Hopkins University Press, 1994.

- Partners in Conflict: The United States and Latin America (Johns Hopkins University Press, 1987). Second hard cover edition published in November 1987. Revised edition published in paperback in March 1988.

- Partners in Conflict:  The United States and Latin America in the 1990s (rev. ed., 1990, Johns Hopkins University Press). Spanish language version, La Convivencia Imperfecta: Los Estados Unidos y America Latina, (Mexico: Nuevo Imagen, 1990).

- Global California: Rising to the Cosmopolitan Challenge (Stanford University Press, 2009).

### Edited volumes

- Editor and Contributor, The Peruvian Experiment: Continuity and Change Under Military Rule, (Princeton University Press, 1975).

- Co-editor (with Cynthia McClintock) and contributor, The Peruvian Experiment Reconsidered, (Princeton University Press, 1983). Published in Spanish in Peru in l985.

- Editor and Contributor, Armies and Politics in Latin America, (Holmes and Meier, 1976).

12

Abraham F. Lowenthal                                                     E-mail: afl@usc.edu
*Curriculum Vitae*                                                       Phone: 213-740-0793

      Co-editor (with J.S. Fitch) and contributor of second and completely revised edition, l986.

-    Editor and Contributor, Latin America and Caribbean Contemporary Record, Volume V (Holmes & Meier, January 1988).

-    Co-editor and Contributor, Latin America and Caribbean Contemporary Record, Volume VI (Holmes & Meier, April 1989).

-    Editor and Contributor, Exporting Democracy:  the United States and Latin America, (Johns Hopkins, 1991).

-    Co-editor (with Katrina Burgess) and Contributor, The  California-Mexico Connection, (Stanford University Press, 1993). Published in Spanish by Siglo XXI in Mexico in 1995.

-    Co-editor (with Gregory F. Treverton) and Contributor, Latin America in a New World, (Westview Press, 1994). Published in Spanish by Fondo de Cultura Economica in Mexico in 1996.

-    Co-editor (with Jorge I. Dominguez) Constructing Democratic Governance: Latin America and the Caribbean in the mid 1990s (Johns Hopkins University Press, 1996).

-    Co-editor (with Theodore J. Piccone and Laurence Whitehead) and Contributor, The Obama Administration and the Americas: Agenda for Change (Brookings Institution Press, 2009).

-    Co-editor (with Theodore J. Piccone and Laurence Whitehead) and Contributor, Obama y las Américas; Esperanza o Decepción? (Grupo Planeta, 2010); Also to be published in English (Brookings Institution Press), and Portuguese (Fundação Getulio Vargas), forthcoming 2010.

## Monographs and reports

-    "Latin America's Emergence: Toward a U.S. Response", (with Albert Fishlow), Headline Series 243, Foreign Policy Association (February 1979).

-    "The United States and Brazil", Headline Series, #279, Foreign Policy Association, (October l986).

-    "The United States and Latin American Democracy:  Lessons from History", World Peace Foundation Report, (February 1991).

-    "Growth in the South: Latin America Takes Off", magazine issue co-edited with Nathan Gardels, New Perspectives Quarterly, Vol. 10, No. 4, (Fall 1993)

13

Abraham F. Lowenthal                                                        E-mail: afl@usc.edu
*Curriculum Vitae*                                                          Phone: 213-740-0793

- "The Challenges of Democratic Governance in Latin America and the Caribbean: Sounding an Alarm," an Inter-American Policy Brief, co-authored with Jorge I. Dominguez (September 1994).

- Major contribution to drafting the two reports of the Commission on United States-Latin American Relations (the "Linowitz Reports") 1974-1976 and six reports of the Inter-American Dialogue (1983, 1984, 1986, 1988, 1989, 1990).

- "Strengthening Southern California's International Connections: Boosting International Investment," published by the Southern California Studies Center, University of Southern California (1996)

- "Strengthening Southern California's International Connections: Regional-International Development Priorities," published by the Southern California Studies Center, University of Southern California (1996)

- "Latin America Today: Images and Realities," published by the Pacific Council on International Policy (August 1997).  Published in Spanish in Tendencias Económicas y Financieras (Quito: August, 1997) and in Italian in America Latina (Bologna: November, 1997).

- Co-author of "Mexico Transforming," Report of a Pacific Council Study Group (February 2000)

- Contributor to and co-signer of Agenda for the Americas, 2005, Report of the US Policy Task Force of the Inter-American Dialogue (March 2005).

- Contributor to and co-signer of "Managing the US-Mexico Border: Cooperative Solutions to Common Problems," Report of the Pacific Council/Mexican Council on Foreign Relations Binational Task Force on the US-Mexican Border (September 2009).


## SELECTED ARTICLES

- "Limits of American Power: The Lesson of the Dominican Republic", Harper's, (June 1964).

- "Foreign Aid as a Political Instrument: The Case of the Dominican Republic", Public Policy, (1965).

- "The Dominican Republic: The Politics of Chaos", in A. Von Lazar and R. R. Kaufman, Reform and Revolution: Readings in Latin American Politics, (Allen and Bacon 1969) reprinted in English and Spanish.

14

Abraham F. Lowenthal                                                       E-mail: afl@usc.edu
*Curriculum Vitae*                                                         Phone: 213-740-0793

- "La Alianza para el Progreso en Retrospectiva: Hacia Mejores Políticas Norteamericanas para la Década de 1970," Foro Internacional (Vol. X, #4, 1970), pp. 392-404.

- "Alliance Rhetoric versus Latin American Reality", Foreign Affairs, (April 1970); republished in Richard Gray (ed.), Latin America and the United States in the 1970s, (F. E. Peacock 1971) and also in Bobbs-Merrill reprint series.

- "The United States and the Dominican Republic", Chapter in Steven Speigel and Kenneth Waltz (eds.), Conflict in World Politics, (Winthrop 1971).

- "The United States and the Dominican Republic to 1965: Background to Intervention", Caribbean Studies, (July 1970); republished in Lewis Hanke (ed.), History of Latin American Civilization,  (Little, Brown and Co. 1973).

- "Hubo 36 tentativas de gobierno en 1965", Ahora, (Santo Domingo, April 3, 1972).

- "The Political Role of the Dominican Armed Forces: A Note on the 1963 Overthrow of Juan Bosch and on the 1965 Dominican `Revolution'.",Journal of Inter-American Studies and World Affairs, (August 1973).

- "Some Notes on the Teaching of Latin American Politics in the United States", (with Henry A. Dietz), Teaching Political Science, (October 1973).

- "United States Policy Toward Latin America: `Liberal,' `Radical,'and `Bureaucratic' Perspectives", Latin American Research Review, (October 1973).  Another edition appears in Julio Cotler and Richard Fagen (eds.), Latin America and the United States: The Changing Political Realities, (Stanford University Press 1974).

- "Peru's Ambiguous Revolution," Foreign Affairs, (July 1974). Published in Spanish in Foro Internacional, (April 1975).

- "Armies and Politics in Latin America," World Politics, (October 1974).  Published in Spanish in 1976 in Estudios Internacionales, (Buenos Aires).

- "In South America: Revolution or Rhetoric?",Harvard Magazine, (November 1974).

- "Peru's `Revolutionary Government of Armed Forces', Background and Context" in: Catherine M. Kelleher (ed.), Political-Military Systems: Comparative Perspectives, (Beverly Hills 1974), pp. 147-162.

- "Vietnam Was Not Unique: The Dominican Caper", The Nation,  (June 14, 1975). Published in Spanish in Ahora, Santo Domingo.

- "Cuba: Time for a Change", Foreign Policy, (Fall 1975).  Excerpted in Miami Herald and

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

in Puerto Rican newspapers.

- "Toward a New Caribbean Policy", SAIS Review, (Winter 1975).

- "La Ambigua Revolución Peruana," Foro Internacional (Vol. XV, #3, 1975), pp. 452-471.

- "U.S. Policy-Making Toward Latin America: Improving the Process", (with Gregory F. Treverton). Report to the Commission on the Organization of the Government for the Conduct of Foreign Policy, (1976 Government Printing Office).

- "The United States and Latin America: Ending the Hegemonic Presumption", Foreign Affairs, (Fall 1976). Reprinted in Spanish, German, and Chinese, and in book edited by William P. Bundy.

- "Cuba's African Adventure", International Security, (Summer 1977). Published also in Portuguese and German.

- "The United States and Panama: Confrontation or Cooperation?", with Milton L. Charlton, in American Enterprise Institute's Defense Review (1977).

- "Latin America: A Not-So-Special Relationship", Foreign Policy, No. 32, (Fall 1978). Extract published in Opiniones Latino-Americanas, (December 1978).

- "Why Cuba is in Angola (and What's Next)?",in Martin Weinstein (ed.), Revolutionary Cuba in the World Arena (1978), pp. 99-107.

- "Jimmy Carter and Latin America: A New Era or Small Change?", in Kenneth Oye, et al., Eagle Entangled: U.S. Foreign Policy in a Complex World (1979), pp. 290-307.

- "Changing Patterns in Inter-American Relations", Proceedings of the National Security Affairs Conference, Continuity and Change in the Eighties and Beyond, National Defense University (July 25, 1979). Published also in German in Europa-Archiv and in Spanish in La Revista (Lima).

- "El analisis de los impactos nacionales de la politica latinoamericana de la administracion Carter: algunas observaciones iniciales", Cuadernos Semestrales, EE.UU: perspectiva latinoamericana, Num. 5, 10 Sem. (1979). pp. 63-82.

- "La Formulacion de Politicas Norteamericanas hacia América Latina: Algunas Proposiciones Especulativas", (with Gregory F. Treverton), Foro Internacional, (1979). Vol. XIX, Num. 4 (Abril-Junio, 1979), pp. 600-618.

16

- "Dateline Peru: A Sagging Revolution", <u>Foreign Policy</u> (Spring 1980), pp. 182-190; published in Spanish in <u>Opiniones</u>.

- "Changing Patterns in Inter-American Relations: Facing the 1980s", <u>The Washington Quarterly</u>, Vol. 4, No. 5 (1981).

- "A Latin Americanist Encounters the USSR: Informal Notes", <u>LASA Newsletter</u>, Volume 12, No. 3 (September, 1981).

- "U.S.-Latin American Relations in the 1980s", in Prosser Gifford (ed.) The <u>National Interest of the United States</u>, (University Press of America, Washington, D.C. l98l) pp. 73-86.  Published in Spanish in <u>Foro Internacional</u> (Fall 1982).

- "The Caribbean", <u>The Wilson Quarterly</u> (Spring 1982), pp. 113-141.

- "Misplaced Emphasis", <u>Foreign Policy</u>, (Number 47, Summer 1982), pp. 114-118.

- "Latin American Program, Woodrow Wilson International Center for Scholars", <u>Latin American Research Review</u>, Vol. 17, Number 3 (1982), pp. 202-206.

- "Las Relaciones de Estados Unidos con América Latina en los Ochenta," Foro Internacional (Vol. XXII, # 4, 1982), pp. 410-424.

- "Research in Latin America and the Caribbean on International Relations and Foreign Policy: Some Impressions", <u>Latin American Research Review</u>, Vol. 18, Number 1 (1983), pp. 154-174; reprinted in <u>Revista Occidental</u> in Spanish, (December, l983).

- "Ronald Reagan and Latin America: Coping with Hegemony in Decline", in Kenneth Oye, et.al., <u>Eagle Defiant</u>, (Little, Brown, l983); published in Spanish in <u>Foro Internacional</u>.

- "Latin America and the Caribbean: Toward a New U.S. Policy", in John P. Lewis and Valeriana Kallab, eds., <u>U.S. Foreign Policy and the Third World: Agenda 1983</u>, (Overseas Development Council, Praeger, 1983).

- "Change the Agenda", <u>Foreign Policy</u>, (Fall 1983), pp. 64-77.

- "Why the United States is in Central America", <u>Bulletin of the Atomic Scientists</u>, (December, 1983), pg. 160.

- "The Insular Caribbean as a Crucial Test for U.S. Policy", in H. Michael Erisman (ed.), <u>The Caribbean Challenge: U.S. Policy in a Volatile Region</u>, (Westview Press 1984), pp. 183-197.

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

- "Changing Patterns in Inter-American Relations", in Nissan Oren (ed.) When Patterns Change: Turning Points in International Politics, (Hebrew University Press, l984) pp. l68-l76.

- "The Development Alternative", in Mark Falcoff and Robert Royal (eds.), Crisis and Opportunity: U.S. Policy in Central America and the Caribbean, (Washington, D.C., l984) pp. 79-l00.

- "Time to Make Peace in Central America", in Caminos, (September, l984) pp. l2-l4.

- "Las Americas en l984: Un año para las decisiones", in Cono Sur, (Agosto/Septiembre, l984) pp. 3-4.

- "Latin America in the News: Making Mental Maps", The Journalist, (Fall, l984), pp. 6-7.

- "Rethinking U.S. Interests in the Western Hemisphere", An Occasional Paper, (Center for National Policy, Washington, D.C., l984).

- "Gli obiettivi mancati del rapporto Kissinger," Politicainternazionale, (Octobre/Novembre l984) pp. 85-88.

- "The United States and Central America: Reflections on the Kissinger Commission Report," in Kenneth M. Coleman and George C. Herring (eds.) The Central American Crisis: Sources of Conflict and the Failure of U.S. Policy, (Scholarly Resources Inc., May, l985).

- "Threat and Opportunity in the Americas", Foreign Affairs, "America and the World, l985", pp. 539-56l.

- "Towards the Evaluation of Results of the Military's Experiment", in Latinskya America, No. 8. (Moscow).

- "Latin Democracy and U.S. Policy", New Perspectives Quarterly, Vol. 3, No. 1 (Spring 1986) pp. 31-32.

- "The Peruvian Experiment in Retrospect", with Jane S. Jaquette, World Politics, (January 1987), pp. 280-296.

- "The United States and Latin America in 1986", in Anuario de Politicas Exteriores Latinoamericanas, (1986) (Prospel, 1987).

- "Latin America: Catching Up With Change", Harvard Magazine, (July-August 1987), pp. 8-10.

- "South American Notes", New Perspectives Quarterly, Volume 3, No. 1 (Winter, 1987),

18

Abraham F. Lowenthal                                           E-mail: afl@usc.edu
*Curriculum Vitae*                                             Phone: 213-740-0793

pp. 50-51.

- "No Longer Central", Foreign Service Journal, (January 1988), pp. 22-28.

- "The United States and the Caribbean Basin", in John D. Martz (ed.) U.S. Policy in Latin America: Quarter-Century of Crisis and Challenge, (University of Nebraska Press, 1988).

- "The United States and South America", Current History, Vol. 87, No. 525, (January, 1988), pp. 1-4, 42-43.

- "Lessons of the Alliance for Progress", in L. Ronald Scheman (ed.) The Alliance for Progress: Lessons for Today, (1988).

- "The United States and the Cuban Revolution: 1958-1960", with Pamela Starr, a Pew Study for the Pew Initiative in Diplomatic Training, Produced by University of Pittsburgh for the Center for International Studies of the School of International Relations, University of Southern California, (1988), also published in Martin Staniland (ed.) Falling Friends: United States and Regime Change Abroad, Westview Press, 1991.

- "Las Relaciones Entre E.U y American Latina en la Decada de los 80 y Perspectivas para los 90", published in America Latina en el Umbral de los Anos 90, (Beijing, 1988).

- "A Tale of Two Countries", Notre Dame Magazine, (Winter 1988-89), pp. 24-29.

- Mexico chapter from Partners in Conflict published in Mexico-Estados Unidos, 1987, Gerardo M. Bueno and Lorenzo Meyer (eds.) (El Colegio de México, Mexico City, 1989).

- "The United States and Latin America in 1986-87", lead essay in Latin America and Caribbean Contemporary Record, Vol. 6., 1989. Published in Spanish in Foro Internacional, Mexico.

- "Estados Unidos y America del Sur a fines de la década del 80," lead essay in Estados unidos y la transición argentina, Robert Bouzas and Roberto Russell (eds.) (1989). Editorial Legasa S.A., pp. 181-197.

- "The United States and Latin America: Beyond the Reagan Era", Volume 7 of Latin America and Caribbean Contemporary Review, 1990. Also published in Europa Archiv, (Bonn) January 1989. Also, published in Caracas, Política Internacional; Lima, Debate; Sao Paulo, Lua Nova, and Paris Politique Internationale.

- "Latin America Confronts the Challenges of the 1990s", Harvard International Review, (Vol. XII, No.3, Spring 1990). Also published in Semana, Bogota and Folha de Sao Paulo.

19

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

- "Not Berlin, But Still Germane", <u>Hemisfile</u>, (May 1990).

- "Estados Unidos en los Noventas", <u>Nexos</u>, (June, 1990).

- "Latin America Enters the 1990s", <u>Aspen Quarterly</u>, Vol. 2, No. 3, Summer, 1990, pp. 53-62.

- "U.S. Decision-Makers Need to Stay in Touch with Mexican Counterparts", <u>Vista Magazine</u>, (July, 1990).

- "Rediscovering Latin America", <u>Foreign Affairs</u>, Vol. 69, No. 4, (Fall 1990).  Also published in <u>Caretas</u>, (Lima), and in <u>Listin Diario</u>, Santo Domingo.

- "Inter-American Institutions in a Time of Change" (with Richard J. Bloomfield), <u>International Journal</u>, Vol. 45, No. 4, (Autumn, 1990) pp. 867-888.

- "Managing California-Mexico Relations", with Katrina Burgess, <u>California Policy Choices</u>, Sacramento, CA: School of Public Administration, University of Southern California, 1990.

- Interview with Carlos Rafael Rodriguez, <u>New Perspectives Quarterly</u>, (Winter, 1991).

- "The United States and Latin American Democracy", <u>The Aspen Quarterly</u>, (Spring, 1991).

- "Does Latin America Matter Anymore?", <u>Military Review</u>, (March 1991), pp. 60-62.

- "The United States and Latin America in 1990s: Changing U.S. Interests and Policies in a New World", <u>IAD Series</u>, (May, 1991).

- "Latin American Democracy in the 1990s: The Challenges Ahead", <u>IAD Series</u> (with Peter Hakim), (May, 1991).

- "Latin America's Fragile Democracies", with Peter Hakim, <u>Journal of Democracy</u>, Vol. 2, No. 3 (Summer 1991), pp. 16-29; also published as "Democracy on Trial: Politics in Latin America", in <u>Current</u>, No. 340 (February 1992), pp. 28-35; and as "Latin American Democracy in the 1990s: The Challenges Ahead", in <u>Evolving U.S. Strategy for Latin America and the Caribbean</u>, L. Erik Kjonnerod (ed), (National Defense University Press, 1992), pp. 61-80.

- "Save the Applause for Later" (with Peter Hakim), <u>Hemisfile</u>, Vol. 2, No. 4, (July, 1991).

- "Can Democracy Be Exported?", in Ambler Moss (ed), <u>Setting the North-South Agenda</u>, University of Miami, 1991.

20

Abraham F. Lowenthal                                                  E-mail: afl@usc.edu
*Curriculum Vitae*                                                    Phone: 213-740-0793

- "The United States and Latin America in the 1990s: A New Era?", <u>LASA Forum</u>, (Fall 1991), pp. 13-18.

- "The OAS and Control of Dangerous Drugs", in Peter H. Smith (ed), <u>Drug Policy in the Americas</u>, (Westview Press, 1992).

- "The United States and Latin America Since 1960", in <u>Handbook on the Modern World: The United States Volumes</u>, (Facts on File, 1992).

- "Estados Unidos en un mundo cambiante," <u>Estados Unidos: Informe Trimestral</u>, Vol. 2, No. 1 (Summer, 1992), pp. 25-30.

- "The Intermestic Hemisphere", <u>New Perspectives Quarterly</u>, Vol. 9, No. 2 (Summer, 1992), pp. 34-39.

- "The United States and Latin America in a New World", <u>North- South</u>, Vol. 2, No. 1 (Summer, 1992), pp. 2-9.

- "Tras los disturbios de Los Angeles", <u>Examen</u>, Vol. 4, No. 39 (August, 1992), pp. 33-35.

- "Vanishing Borders, New Frontiers", <u>Oxford International Review</u>, Vol. 3, No. 3 (Summer, 1992), pp 8-9. Also in <u>The Aspen Institute Quarterly</u>, Vol. 4, No. 4 (Autumn, 1992), pp. 70-77.

- "Latin America: Ready for Partnership?", in <u>Foreign Affairs</u>, "America and the World" issue, (February 1993) (Excerpts printed in most major Latin American newspapers).

- "US Policy Toward Latin America" in Robert J. Art and Seyom Brown (eds.) <u>U.S. Foreign Policy:  The Search For a New Role</u>, (MacMillan Publishing, 1993).

- "Latin America's Fragile Democracies" with Peter Hakim in Marc F. Plattner and Larry Diamond (eds.) <u>The Global Resurgence of Democracy</u>, (Johns Hopkins University Press, 1993).

- "Changing U.S. Interests and Policies in a New World", in <u>United States-Latin American Relations in the 1990s:  Beyond the Cold War</u>, Jonathan Hartlyn, Lars Schoultz & Augusto Varas (eds.), (University of North Carolina Press, 1993).

- "Estados Unidos y América Latina en la década de los noventa: los cambios en los intereses y políticas estadunidenses ante un mundo nuevo", in <u>Estados Unidos: Informe Trimestral</u> (Spring 1993; Mexico City).

- "Os Estados Unidos e a América Latina na década de 90", in <u>Politica Externa</u> (December-January-February 1992-93; Rio de Janeiro, Brazil)

21

Abraham F. Lowenthal                                     E-mail: afl@usc.edu
*Curriculum Vitae*                                      Phone: 213-740-0793

-       "America latina a una suolta?" in Politica Internazionale (April 1994; Rome).

-       "Charting a New Course," Hemisfile, July-August 1994.

-       "The Problems of Simultaneous Transitions," co-authored with Leslie Elliott Armijo and Thomas J. Biersteker, Journal of Democracy, October 1994.

-       "L'Amerique latine: échec ou renaissance?" Abraham F. Lowenthal, *Politique Etrangere*, Winter 1994-95, (1075-1084).

-       "Has Latin America Turned the Corner? Or Is Now Reverting to Decline?", Annals of Latin American Studies (Tokyo), #15 1995, (1-20).

-       "The Clinton Administration's Foreign Policy Toward Latin America", Iberoamericana (Tokyo), Winter 1994, (71-79).

-       "The Challenges of Democratic Governance in Latin America and the Caribbean: Sounding an Alarm", Abraham F. Lowenthal and Jorge I. Dominguez, *Inter-American Dialogue Policy Brief* (September 1994).

-       **"**Is Latin America a Good Bet?" The Tokyo Forum. (November 1995).

-       "Battling the Undertow: Latin American Democracy and the 'Third Wave'," chapter in Consolidating Third World Democracy, Larry Diamond and Marc Plattner (eds.), (Johns Hopkins University Press, 1997).

-       "Foreword," (with Cynthia McClintock), in The Peruvian Labyrinth:  Polity, Society, Economy, Maxwell A. Cameron and Philip Mauceri (eds), (University Park, PA: Pennsylvania State University Press, 1997, vii-xiv).

-       "Is Latin America a Good Bet?" New Perspectives Quarterly, (Spring 1997), pp.46-51.

-       "Latin America, Down But Not Out," Hemisfile (March-April 1999), pp. 1-2, 12.

-       "United States – Latin American Relations at the Century's Turn: Managing the 'Intermestic' Agenda," in The United States and Latin America: A Twenty-First Century View, Albert Fishlow and James Jones (eds.), (New York: W.W. Norton, 1999).

-       "Latin America in a Time of Global Financial Turmoil," Asia-Pacific Review (Vol. 6, No. 2, 1999).

-       "América Latina: en el tiempo de la turbulencia financiera global," Escenarios Alternativos, (Argentina: Vol. 3, No. 6, 1999).

22

Abraham F. Lowenthal                                             E-mail: afl@usc.edu
*Curriculum Vitae*                                              Phone: 213-740-0793

-       "Latin America at the Century's Turn," <u>Journal of Democracy</u>, Vol. II, No. 2 (April 2000), pp. 41-55.

-       "Os Estados Unidos e a América Latina na virada do século," <u>Politica Externa</u>,Vol. 9, No. 3 (December 2000 – February 2001), pp.5-24.

-       "The United States and Latin America at Century's Turn," <u>New Perspectives Quarterly</u> (Winter 2001), pp. 11-15.

-       "Estados Unidos y Latino America en el Siglo XXI," <u>Archivos del Presente</u>, Ano 6, Numero 23, Buenos Aires, Feb/March 2001.

-       "Estados Unidos y América Latina en el nuevo siglo," <u>Foreign Affairs en Espanol</u>, May 2001.

-       Foreword to Pion-Berlin, David, <u>Civil-Military Relations in Latin America</u>, University of North Carolina Press, Chapel Hill, 2001, xi-xii.

-       "Latin America at the Century's Turn" in Larry Diamond and Marc F. Plattner (eds), <u>The Global Divergence of Democracy</u>. Baltimore, MD, The Johns Hopkins University Press, 2001, 312-326.

-       "Geopolitical Realities and US Foreign Policy: Comments on a Paper by Professor Saul B. Cohen," <u>Political Geography</u> (August 2002)

-       "Los Estados Unidos y America Latina despues del 11 de septiembre (de 2001)" <u>Diplomacia</u>, #89 (Octubre-Diciembre 2002), Santiago, Chile

-       "Japan Today: A Perspective from the United States" by Abraham F. Lowenthal, <u>Look Japan</u> (July 2003)

-       "Understanding the Hispanic Challenge," <u>New Perspectives Quarterly</u> (Vol 21 #3), Summer 2004.

-       "The Enemy Within?  A Review of Samuel P. Huntington's <u>Who Are We?</u>", <u>Commonweal</u> (December 14, 2004).

-       "Estados Unidos y Balaguer:  Mas improvisacion que calculo," review of Bernardo Vega's <u>Como los americanos ayudaron a colocar a Balaguer en el poder en 1966</u>, <u>Foreign Affairs en Español</u>, Abril-Junio, 2005.

23

Abraham F. Lowenthal                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                       Phone: 213-740-0793

- "Mas allá de la idea del Hemisferio Occidental," lead essay in 5th anniversary edition of Foreign Affairs en español Vol 6th, (January 2006).

- "Estados Unidos y America Latina: Una Nueva Era," Global (Santo Domingo), Vol 3, #8 (Enero-Febrero 2006), 22-29.

- "Des-integración en America Latina?" America Economia, #325, June 2006.

- "Fragmentados," America Economia (Santiago), 9 de Junio-13 de Julio 2006, 62.

- "A identidade nacional dos Estados Unidos: enfrentando o desafio latino," Politica Externa (São Paulo), Vol 15, #1 (Junho/Julho/Agosto 2006), 119-122.

- "Vecinos Cercanos," America Economia (Santiago), 14 de Julio a 17 de agosto, 2006.

- "Estados Unidos e America Latina em uma nova era," Revista de Economia e Relaçoes Internacionais, (São Paulo), August 2006.

- "El Desafio de Alan Garcia," America Economia (Santiago), 18 de agosto a 14 de septiembre, 2006.

- "La Importancia de Instituciones," America Economia (Santiago), 15 de septiembre a 13 de octubre, 2006.

- "Argentina: Weak Institutions Keep a Good Country Down," New Perspectives Quarterly, Vol. 23 n°4, Fall 2006

- "From Regional Hegemony to Complex Bilateral Relations: the United States and Latin America," Nueva Sociedad (Buenos Aires), October 2006.

- "Argentina: Disconcerting Contradictions," Agenda Internacional (Buenos Aires), September 2006

- "Relaciones en Perspectiva," America Economia (Santiago), 14 de octubre, 2006.

- "El Fracaso de Chavez," America Economia (Santiago), noviembre, 2006.

- "De la hegemonía regional a las relaciones bilaterales complejas: Estados Unidos y América Latina a principios del siglo XXI," Nueva Sociedad, No. 206 (noviembre-diciembre de 2006).

- "Os Estados Unidos e a America Latina no início do século XXI," Politica Externa (Dezembro/Janeiro/Fevereiro 2006-2007), Vol. 15 n° 3

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

- "Estados Unidos y America Latina a inicios del siglo XXI," <u>Foreign Affairs en Español</u>, Enero-Marzo 2007.

- "Deficit de Atención," <u>America Economia</u>, (Santiago), febrero, 2007

- "Viaje a America Latina," <u>America Economia</u> (Santiago), marzo, 2007.

- "Beyond the Western Hemisphere Idea: Understanding and Improving U.S. Policies Toward Latin America and the Caribbean," Pacific Council on International Policy, March 2007.

- "Señales Confusas," <u>America Economia</u>, 21 de mayo, 2007

- "Un puente, no una cera," <u>America Economia (Santiago)</u>, 18 de junio, 2007.

- "El Primer Ano de Alan Garcia," <u>America Economia (Santiago)</u>, 30 de Julio, 2007.

- "Ecuador Under Rafael Correa," <u>America Economia</u> (Santiago), septiembre, 2007.

- "Trabajo Sin Terminar," <u>America Economia</u> (Santiago), 17 de septiembre, 2007.

- "Mejorando las políticas de Estados Unidos hacia Latinoamérica y el Caribe," <u>America Economia</u> (Santiago), 29 de octubre, 2007.

- "Improving Mutual Comprension in the Americas," <u>FAAP Centro de Estudos Americanos</u> (Sao Paulo, Brazil).

- "Latin America and the US Election Campaign: The Less Said, The Better, Perhaps," <u>America Economia</u> (Santiago), 26 de noviembre, 2007.

- "What's Next in Venezuela," <u>América Economia </u>(Santiago), Jan 2008.

- "Improving US Policies Toward Latin America and the Caribbean." <u>Center for Hemispheric Defense Studies: Regional Insights</u>. 15 Feb 2008.

- "Mejores Vecinos," <u>América Economía</u> (Santiago), 10 Mar 2008.

- "Cambio de Actitud," <u>América Economía</u> (Santiago), April 2008.

- "Los Demócratas y el Comercio," <u>América Economía</u> (Santiago), 23 May 2008.

- "Campaign Rhetoric and Real Policy Choices: The U.S. Scramble for Votes." <u>FOCALPoint: Canada's Spotlight on the Americas</u>. May 2008.

25

Abraham F. Lowenthal                                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                                      Phone: 213-740-0793

- "The Way Forward on Immigration: A California Perspective," The Americas Quarterly. July 2008.

- "Nuevo trato," América Economía (Santiago), 23 July 2008.

- "Toward Improved U.S. Policies for Latin America and the Caribbean," Law and Business Review of the Americas, Vol.14, No.3 (Summer 2008).

- "The Changing Dynamics of a Strategic Alliance," in Viva Bartkus and Ed Conlon (eds), Getting It Right. San Francisco, CA: Jossey-Bass, 2008, 196-202.

- "Obamérica Latina," América Economía (Santiago), August 2008.

- "Improving US Policies Toward Latin America and the Caribbean." Foreign Affairs Latinoamérica, Vol.8, No.4 (Sept 2008).

- "Ningún Bloque," América Economía (Santiago), 26 September 2008.

- "Redescubriendo el istmo," América Economía (Santiago), 15 December 2008.

- "Central America in 2009: Off the U.S. Radar," Brookings Institution web article, 6 January 2009.

- "Huntington Remembered: Samuel P. Huntington, 1927-2008," New Perspectives Quarterly, (Spring 2009), 58-76. Also published in Brazil in Politica Externa, in Mexico in Foreign Affairs Latinoamérica, and in Chile in Estudios Internacionales.

- "Obama y la cumbre," América Economía, 15 Mar 2009.

- "Sie sind gekommen, um zu bleiben," Internationale Politik (Berlin), Vol 64, No 3 (Mar 2009), 30-35.

- "Global California: Building Cosmopolitan Competence," International Educator, May-June 2009.

- "Más que promesas vacías," America Economia, June 2009.

- "The Obama Administration and the Americas: A Promising Start," The Washington Quarterly, Vol 32, No 3 (July 2009).

- "Obama y América Latina: ¿Se podrá sostener el auspicioso comienzo?" Nueva Sociedad, No. 222 (July-Aug 2009).

- "El Poder en el Perú: 1969-2009," Perú Económico, Sept 2009.

26

Abraham F. Lowenthal                                                E-mail: afl@usc.edu
*Curriculum Vitae*                                                  Phone: 213-740-0793

- "Foreword," in Andrew F. Cooper and Jorge Heine (eds.), <u>Which Way Latin America? Hemispheric Politics Meets Globalization</u>. United Nations University Press, 2009, xxii-xxix.

- "Obama y América Latina," <u>Archivos del Presente</u>, Ano 14, Numero 51, Buenos Aires, 2009, 145-152.

- "Fresh Start or False Start? Obama's Partnership Initiative in Latin America," <u>The American Interest</u>, Winter 2010, 109-116.

- "Medellín: Front Line of Colombia's Challenges," with Pablo Rojas Mejía, <u>Americas Quarterly</u>, Winter 2010, 148-152.

- "La Nueva Relación entre Brasil y EE.UU.," <u>América Economía</u> (Santiago), March 2010.

- "L'amministrazione Obama: sapra mantenere le promesse," <u>Politicainternazionale</u>. Anno XXXIV, Numero 4/5, 2009, 173-179.

- "Aún existe la 'Oportunidad Obama' para la región?", <u>América Economía</u> (Santiago), May 2010

- "Los Dos Estereotipos sobre América Latina" in <u>América Economía</u> (Santiago), July 2010.

- "A Formulação das Políticas Norte-Americanas parar América Latina e o Caribe: Ideias Externas á Esfera do Governo," <u>Política Externa</u> (Vol. 19, #1, June/July/August 2010).

- "Obama and the Americas: Promise, Disappointment, Opportunity," <u>Foreign Affairs</u> (Vol. 89, No. 4, July/August 2010), 110-124.

- "The United States and Latin America, 1960-2010: From Hegemonic Presumption to Diverse and Contradictory Patterns," <u>Foro Internacional</u>, 50th anniversary edition (El Colegio de Mexico, forthcoming 2010).

- "La Desaparición de América Latina" in América Economía (Santiago), September 2010.

## <u>Newspaper Articles</u>

- "Improving Inter-American Ties," <u>The New York Times</u>, (February 20, 1974).

- "Cuba's Puerto Rico Stand May Alter Rapprochement," <u>Miami Herald</u>, (November 16, 1975).

Abraham F. Lowenthal                                                                        E-mail: afl@usc.edu
*Curriculum Vitae*                                                                         Phone: 213-740-0793

- "Kissinger's Latin Trip Can Do Little Harm," <u>The Washington Post</u>, (February 15, 1976).

- "Ending the Feud with Castro's Cuba," <u>The Washington Post</u>, "Outlook," (January 9, 1977).

- "It's Time to Talk Turkey with Cuba," <u>The New York Times</u>, (July 13, 1977).

- "On Carter, Castro and the CIA Data," <u>Los Angeles Times</u>, (July 16, 1978).

- "Dancing to Cuba's Tune: U.S. Misses the Beat," <u>Los Angeles Times</u>, (May 2, 1980).

- "Human Rights Diplomacy: Carter's Helping Hand," <u>Los Angeles Times</u>, (July 27, 1980).

- "Mr. Reagan: Meet Central America," <u>Los Angeles Times</u>, November 28, 1980).

- "Mañana Land No More," <u>The Washington Post</u>, (December 31, 1980).

- "Drawing the Line in El Salvador," <u>Los Angeles Times</u>, (February 25, 1981).

- "Please, Not Another Monroe Doctrine," <u>Christian Science Monitor</u>, (April 1, 1981).

- "Reagan's Best Weapon Against Cuba May be the Threat of Peace," <u>Los Angeles Times</u>, (April 5, 1981).

- "Misleading Myths of Central America," <u>Los Angeles Times</u>, (August 19, 1981).

- "Helpful Steps, Shaky Reasons: Can Reagan's Proposals Arouse Caribbean Enthusiasm?" <u>Los Angeles Times</u>, (February 26, 1982).

- "Let the Latins Have Their Turmoil in Peace," <u>The Washington Post</u>, "Outlook," (March 28, 1982).

- "The Falklands' Lesson for America: Do Less," <u>Los Angeles Times</u>, (May 28, 1982).

- "A Modest Proposal," <u>Miami Herald</u>, (August 1, 1982).

- "Settle for Less in Central America," <u>Los Angeles Times</u>, (April 7, 1983).

- "Latin America Has Arrived," <u>Los Angeles Times</u>, (May 2, 1983).

- "Latin America's Relations with World Are Soaring," <u>Los Angeles Times</u>, (May 3, 1983).

- "How Latin America Will Affect the U.S.," <u>Los Angeles Times</u>, (May 4, 1983).

Abraham F. Lowenthal                                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                                            Phone: 213-740-0793

- "What We Can Do to Help Our Latin American Ties," <u>Los Angeles Times</u>, (May 5, 1983).

- "A Chance to Get Together," <u>The Guardian</u>, (London, May 6, 1983).

- "Why Reagan Acts This Way on Central America," <u>Los Angeles Times</u>, (June 28, 1983).

- "Despite Strength, Brazil Totters Under Crushing Economic Load," <u>Los Angeles Times</u>, (August 22, 1983).

- "Commitment to Gradualism Bodes Well for Brazilians," <u>Los Angeles Times</u>, (August 23, 1983).

- "Brazil's Fiscal Crisis is the Worst in its History," <u>Los Angeles Herald Examiner</u>, (September 8, 1983).

- "Security Doesn't Require Absolute Control," <u>Los Angeles Times</u>, (September 13, 1983).

- "Grenada: the Troubling Questions," <u>Los Angeles Times</u>, (October 28, 1983).

- "How to Fight Radicalism in the Caribbean," <u>Los Angeles Times</u>, (November 3, 1983).

- "Is Nothing Safe From Hatchet Men?" <u>Los Angeles Times</u>, (December 11, 1983).

- "A Way to Break Out of Bunker Mentality," <u>Los Angeles Times</u>, (January 11, 1984).

- "Did Intervention Work?" <u>The Washington Post</u> (April 10, 1984).

- "La lección esencial de Santo Domingo," <u>La Opinión</u>, (April 18, 1984).

- "Yes, We Can Avoid A New Latin War," <u>The Washington Post</u>, "Outlook", (June 3, 1984).
- "There's Hope for Latin America," with Peter D. Bell, <u>Los Angeles Times</u>, (June 20, l984).

- "Central America: What Do We Want?  U.S. Must Decide on Goals, How to Deal With Marxist Regime," <u>Los Angeles Times</u>, (May 3, 1985).

- "Nicaragua Policy: A Fragile Prospect for Consensus," <u>Miami Herald</u>, Viewpoint, (June 9, l985).

- "Contadora Is Alive, Despite U.S. Sniping," <u>Los Angeles Times</u>, (November 5, l985).

- "Debt and Democracy: An Uneasy Balance in Latin America," <u>Los Angeles Times</u>, (February 11, l986).

29

Abraham F. Lowenthal                                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                                      Phone: 213-740-0793

- "Old Theories Fail, `Model Debtor' in Bind," <u>Los Angeles Times</u>, (February l2, l986).

- "Peace Through the Americas' Prosperity," <u>Los Angeles Times</u>, (February l3, l986).

- "Threats to Democracy in Ecuador," <u>Miami Herald</u>, (May l8, l986), with Cynthia McClintock.

- "Brazil is Busting Out All Over," <u>Los Angeles Times</u>, (September 9, l986).

- Facing the Ugly Facts on Nicaragua," <u>Los Angeles Times</u>, (January 15, 1987).

- "Contra-aid Policy Won't Work, So Let's Find Another," <u>Minneapolis Star Tribune</u>, (January 22, 1987).

- "A Tribute to Ecuador's Galo Plaza," <u>Miami Herald</u>, (February 8, 1987).

- "Dr. Galo Plaza: Spokesman for the Hemisphere," <u>Times of the Americas</u>, (February 11, 1987).

- "U.S.-Latin American Relations: It's Time to Adopt a Different Stance," <u>Miami Herald</u>, Viewpoint Section, (May 17, 1987).

- "A Partnership with Latin America: U.S. Must Renounce Efforts to Dominate," <u>Minneapolis Star and Tribune</u>, (May 31, 1987).

- "Our Attitude of Dominance Must Go: U.S. Should Turn to the Construction of Partnerships," <u>Los Angeles Times</u>, (June 11, 1987).

- "The Rising Costs of Reagan's Nicaragua Obsession," <u>Los Angeles Herald Examiner</u>, (June 26, 1987).

- "Shift U.S. Focus to Relieve Latin Poverty," <u>Miami News</u>, (July 17, 1987).

- "If J.F.K. Could See Latin America," <u>The Des Moines Register</u>, (August 7, 1987).

- "If Peace is Not Yet at Hand, a Time to Talk of it May Be," <u>Los Angeles Times</u>, (August 9, 1987).

- "Almost by Default, Unanimity for Peace," <u>Los Angeles Times</u>, (September 23, 1987).

- "U.S. Now Lies Outside Pan-American Group," <u>Los Angeles Times</u>, (December 2, 1987).

30

Abraham F. Lowenthal                                    E-mail: afl@usc.edu
*Curriculum Vitae*                                       Phone: 213-740-0793

- "Panama, Not Nicaragua, Deserves Our Help," <u>Los Angeles Herald Examiner</u>, (December 13, 1987).  Also published in the <u>Chicago Tribune</u> and the <u>Miami Herald</u>.

- "Living With a Difficult Neighbor: the United States and Mexico," <u>Los Angeles Times</u>, (December 27, 1987).

- "Avoid Peace, at any Price?" <u>Los Angeles Times</u>, (January 21, 1988).

- "Nicaragua: What the U.S. Must Do," <u>Chicago Tribune</u>, (January 22, 1988).

- "Haiti's Suffered Long Enough," <u>Los Angeles Herald Examiner</u>, (January 22, 1988).

- "Time for a True Conservative Policy in Central America," <u>Los Angeles Herald Examiner</u>, (February 3, 1988).

- "U.S. Is Now Lining Up With Chile's Opposition," <u>Los Angeles Times</u>, (February 17, 1988).

- "Finally, Congress Gets the Right Approach to Aid for the Contras," <u>Los Angeles Times</u>, (February 25, 1988).

- "Chile Prepares a Yes-or-No Vote that Could Send Pinochet Packing," <u>Los Angeles Times</u>, (September 18, 1988).

- "Chile's Left and Right Men in the Middle," <u>Newsday</u>, (Thursday, (October 14, 1988).

- "Peru Listed in Critical Condition," <u>Los Angeles Times</u>, (October 23, 1988).

- "Reagan's Martial Plan Revisited," with Phillip Pearson, <u>Chicago Tribune</u>, (October 27, 1988).

- "Geography and Destiny Impel us to Neighborliness," <u>Chicago Tribune</u>, (December 2, 1988).  Also published in <u>Excelsior</u>, Mexico City.

- "For U.S., a Rare Opportunity in Latin America," with Jose Sorzano, <u>The Christian Science Monitor</u>, (January 17, 1989).

- "Centroamérica: Pasos Concretos Hacia la Paz, » <u>La Opinión</u>, (January 17, 1989).

- "Bush's Big Headache in Central America," <u>Los Angeles Herald Examiner</u>, (February 5, 1989).

- "In Stroessner's Wake, a Chance for Democracy," with Diego Abente, <u>The Los Angeles Times</u>, (February 5, 1989). Also published in <u>The Advocate</u> and <u>The Boston Globe</u>.

31

Abraham F. Lowenthal                                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                                            Phone: 213-740-0793

- "In Central America, an Unhappy Legacy Bush Can Begin to Undo," Chicago Tribune, (February 19, 1989).

- "Peru's Harvest of Instability and Terrorism," with Cynthia McClintock, Christian Science Monitor, (March 16, 1989).

- "Progress and Procrastination: Bush's Nicaraguan Plan Buys Time but Perhaps Little Else," Los Angeles Times, (March 28, 1989).

- "Lessons of Past Might Help Bush Handle Panama," Atlanta Journal and Constitution, (May 14, 1989).  Also published in Los Angeles Herald Examiner and Dallas Morning News.

- "Let the Latins Oust Noriega," Los Angeles Herald Examiner, (May 21, 1989).

- "Central America 5, Washington 0," Los Angeles Times, (August 10, 1989).

- "Even Loss in Nicaragua Vote Can Be Gain," Los Angeles Times, (September 20, 1989). Also published in Times of the Americas.

- "Reticence on Failed Coup Spared Us a Bigger Mess," Los Angeles Times, (October 18, 1989).

- "Bush Has Stilled the Impulse to Intervene," Los Angeles Times, (November 29, 1989).

- "America is Losing Its Luster as the Shining City on a Hill," Los Angeles Times, (December 12, 1989).

- "Are There Rules For Us?" Los Angeles Times, (December 22, 1989).

- "Bush Should Fully Back Arias' Plan," Chicago Tribune, with Pamela K. Starr, (December 26, 1989).

- "Getting Our Priorities Right: Brazil is the Country to Watch," Newsday, (Monday, January 22, 1990).

- "Rethinking the Panamanian Invasion," The Times of the Americas, (February 7, 1990).

- "Credit Efforts of Diplomats, Not Guns of the Warriors," Los Angeles Times, (February 27, 1990).

- "Latinoamérica ante un mundo complejo y cambiante," La Opinión, (March 9, 1990).

32

Abraham F. Lowenthal                                                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                                                             Phone: 213-740-0793

- "Latin America and the New Winds," The Miami Herald, (March 25, 1990).

- "Rescuing the Faltering Brady Plan," The Journal of Commerce, (May 11, 1990).

- "The U.S. in Latin America: Operation Just Cause Six Months Later," Chicago Tribune, (July 10, 1990).

- "Latin American Nations Should Seize on Bush's Generous Mood," Los Angeles Times, (July 11, 1990).

- "Rethinking Importance of Latin America," The Dallas Morning News, (November 18, 1990).

- "Cautelosa Reacción de la Prensa Ante la Gira del Presidente Bush," El Mercurio, (December 10, 1990).

- "How to Nurture Democracy in the Americas," The Miami Herald, (May 12, 1991).

- "From Fast-Track to Sound Track," The Journal of Commerce, (June 7, 1991).

- "More Heat Than Light in Free Trade Debate," San Diego Union (June 13, 1991).

- "Where Will Fast-track Lead?" El Financiero Internacional, (July 15, 1991).

- "A OEA Renasce," O Estado de São Paulo, (Brazil, September 8, 1991).

- "OEA era Solo un Viejo y Hermoso Edificio con Personal," Jueves de Excelsior, (Mexico, September 11, 1991).

- "E.U. y América Latina en un Nuevo Orden Mundial," El Comercio, (Ecuador, September 15, 1991).

- "Daniel Oduber Quiros, 1921-91, An Appreciation," The Miami Herald, (October 20, 1991).  (Also published extensively in Latin America and in Times of the Americas).

- "Recapture Values That Made Us Great," Dallas Times Herald, (November 11, 1991).

- "Standing or Tumbling, They're Not Dominoes," Newsday, (April 19, 1992).

- "If Bush Had Known the Truth...," Los Angeles Times, (June 12, 1992).

- "The American Elections and U.S. Foreign Policy," Christian Science Monitor, (October 30, 1992). Also appeared in The Daily Gleaner (Jamaica), Caretas, and El Tiempo.

33

Abraham F. Lowenthal                                                  E-mail: afl@usc.edu
*Curriculum Vitae*                                                    Phone: 213-740-0793

-        "Clinton's Foreign Policy," <u>Christian Science Monitor</u>, (October 29, 1992)

-        "Desde USA Con Rigor," <u>Pagina 12</u>, (February 7, 1993)

-        "¿Qué esperar de Clinton?" <u>El Tiempo, Bogota</u>, (February 14, 1993)

-        "El Dificil Equilibrio de las Relaciones Hemisfericas," <u>La Opinion</u>, (February 28, 1993)

-        "The New Voice of Latin America's Left," <u>San Diego Union-Tribune, Op-ed</u>, (May 16, 1993)

-        "Forging Partnerships with the Americas,"  <u>Miami Herald</u>, (May 20, 1993)

-        "Competitiveness Begins at Home," <u>Los Angeles Times</u> (June 17, 1993)

-        "Chile's President on Human Rights," interview with President Patricio Aylwin of Chile, in <u>Miami Herald</u> (August 19, 1993) and in other newspapers around the world.

-        "Acabaremos con Sendero Luminoso," interview with President Alberto Fujimori of Peru, in <u>El Mercurio</u>, Santiago, Chile, (June 18, 1993) and in many newspapers around the world.

-        "Hay que 'Invertir en la gente," interview with Alejandro Foxley, Chile's Ministry of Finance, in <u>Clarin</u> Latinoamerica en Foco, Buenos Aires (September 19, 1993)

-        "Chiapas: No One's Scared Off Yet," <u>Los Angeles Times</u> (January 10, 1994).

-        "Americas Must Accept Intercontinental Cooperation," <u>The Oregonian</u> (Feb. 14, 1994).

-        "Violence Is a Setback, But Progress Is Real," <u>Los Angeles Times</u> (March 25, 1994).

-        "Mexico Connection Is Reshaping California," <u>San Francisco Chronicle</u> (April 1, 1994).

-        "Out With the Old in Mexico and Brazil," <u>Los Angeles Times</u> (December 12, 1994).

-        "Mexico: 'Once a Market Opens, It Is an Irreversible Tide,'" <u>Los Angeles Times</u> (February 24, 1995).

-        "An Abiding Penchant for Foreign Follies; Armed intervention: Bad analysis sent Marines to the Caribbean 30 years ago; foreign misconceptions still plague us," <u>Los Angeles Times</u> (May 4, 1995).

-        "Relationship between U.S. and China at potential turning point," <u>Seattle Post-Intelligencer</u> (December 5, 1996).

34

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

- "EU y Cuba: una lección del Papa," Reforma, (Mexico City: 23 January, 1998).

- "Strengthen Ties Between California and Mexico," op-ed, Los Angeles Times (May 18, 1999), co-signed by other members of the Pacific Council on International Policy.

- "The Andes Are Falling Apart," Los Angeles Times (August 31, 1999).

- "Washington Tries a Better-Neighbor Policy," Los Angeles Times (December 24, 1999).

- "Cetisismo e incerteza crescem na América Latina," O Estado do São Paulo (Brazil), (December 31, 1999).

- "Latinoamérica a la vuelta del siglo," Reforma (Mexico City), (January 6, 2000).

- "Momentum Lags in Nations to the South," Los Angeles Times (January 13, 2000).

- "Colombia Is More Than a War on Drugs," Los Angeles Times (March 31, 2000).

- "What Sort of a Culture Will Little Elian Grow Up In?" Los Angeles Times (April 13, 2000).

- "Peru Could Take a Lesson in Democracy From Chile," Los Angeles Times (May 26, 2000).

- "U.S., Mexico:  Bound Together in the Future," Orange County Register (June 4, 2000).

- "Now the Building of a New System Begins," Los Angeles Times (July 4, 2000).

- "Renuncia or Renuncia Irrevocable in Peru?" Los Angeles Times (September 19, 2000).

- "Going It Alone on the World Stage – a Case-by-Case Quandary," Los Angeles Times (November 3, 2000).

- "Peru – Now There's a Real Crisis of the Presidency," Los Angeles Times (November 22, 2000).

- "Be Aware of Our Shadow on Latin America," Los Angeles Times (January 8, 2001).

- "What a Long, Strange Trip It's Been" San Francisco Chronicle (June 2, 2002).

- "Latin America in 2002: Revisiting a Grim Past," The San Diego Union-Tribune  (July 12, 2002).

- "Belated Attention to a Beleaguered Region," The Los Angeles Times (Aug 9, 2002).

35

Abraham F. Lowenthal                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                           Phone: 213-740-0793

-    "Tomás A. Pastoriza: An Appreciation," published in El Caribe ( Santo Domingo), El Nuevo Dia (San Juan, Puerto Rico) El Nuevo Herald (Miami).

-    "U.S. can't afford to turn a blind eye to Latin America," The Chicago Tribune (December 15, 2002).

-    "Looking for signs of Japan's resurgence" with Andrew Oros in Nikkei (Tokyo, Japan) (December 27, 2002).

-    "EU-LATINOAMERICA: El vecino en quiebra," La Opinión (July 24, 2003).

-    "Lost Continent: The U.S. Ignores a Region in Crisis," The San Francisco Chronicle (July 27, 2003).

-    "Security for all of North America," The Los Angeles Times (August 31, 2003).  Also in La Opinion.

-    "U.S. Must Abandon its Anachronistic Foreign Policy," The Miami Herald (December 15, 2003).

-    "A 'With us Against us' Approach is Unfair," The Los Angeles Times (April 21, 2004).

-    "Less to economic recovery than meets the eye," The Miami Herald (May 23, 2004).

-    "Understanding the Hispanic Challenge," New Perspectives Quarterly (Vol. 21, #3, Summer 2004)

-    "It's a New World, and Latin America Is on the Map," The Los Angeles Times (September 20, 2004).

-    "From bad to worse on Cuba policy," The San Diego Union-Tribune (October 5, 2004). Also in América Economía

-    "Single-mindedly anti-Castro: U.S. policy toward Cuba is harmful and getting worse," San Jose Mercury News (October 6, 2004).  Also in América Economía.

-    "Flawed Campaign is Over – Now on to the Issues," San Francisco Chronicle (November 5, 2004).  Also in América Economía

-    "Politica Como Negocio," El Caribe (Santo Domingo), 29 de enero, 2006.

-    "Puede tener éxito Alan García en Perú?" La Opinion, 20 de agosto, 2006

36

Abraham F. Lowenthal                                          E-mail: afl@usc.edu
*Curriculum Vitae*                                            Phone: 213-740-0793

- "Da Importancia das Instituções," O Estado de São Paulo, September 8, 2006

- "From Regional Hegemony to Complex Bilateral Relations: the United States and Latin America," Nueva Sociedad (Buenos Aires), October 2006.

- "Pasó el momento de gloria de Chávez?" La Opinion, 12 de noviembre, 2006

- "El síndrome de atención deficiente," La Opinion, 21 de enero, 2007

- "Better relations with neighbors" Miami Herald, February 8, 2007.

- "Latinoamérica y EU: trastorno de déficit de atención," El Universal (Mexico), 24 de febrero, 2007

- "Setting some realistic U.S. goals," San Diego Union Tribune, February 28, 2007

- "George W. Bush viaja a América Latina," La Opinion, 4 de marzo, 2007

- "Viaja George Bush a America Latina," Reforma (Mexico City), 8 de marzo, 2007

- "A respectful Bush could earn points in Latin America," San Jose Mercury News, March 11, 2007.

- "Solo logró fotos bonitas," Peru 21 (Lima), 21 de marzo, 2007

- "Imigração é desafio para EUA," O Estado de São Paulo, (Brazil) 20 de maio, 2007

- "EU: una reforma confusa," El Universal (Mexico), 22 de mayo, 2007

- "Inmigración: La reforma es un proceso confuso," La Opinión, 27 de mayo, 2007.
- "The U.S. Immigration Debate: A Bridge, Not a Fence," Diario Las Americas, Julio, 2007
-
- "Alan Garcia's First Year," O Estado de Sao Paulo, 28 de Julio, 2007

- "El Primer Año de Alan García en el Perú," Diario Las Américas, 28 de Julio, 2007

- "Peru: Un Ano de Alan Garcia," La Opinion 3 de Agosto, 2007

- "Mejorar politicas de EE.UU. hacia Latinoamérica" Peru XXI, 22 de octubre, 2007.

- "Nuevo enfoque para Latinoamérica" Reforma (Mexico City), 2 de noviembre, 2007.

37

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

- "Retos en Latinoamérica" <u>Reforma</u> (Mexico City), 14 Feb 2008.

- "Para aprimorar as políticas dos EUA" <u>O Estado de Sao Paulo</u> (Sao Paulo, Brazil), 23 Feb 2008.

- "Más allá de Fidel Castro," <u>Reforma</u> (Mexico City), 24 Apr 2008.

- "Retórica de campaña y opciones." <u>La Opinión</u>, 27 Apr 2008.

- "Giro a la izquierda," <u>Reforma</u> (Mexico City), 12 Sept 2008.

- "Crisis en Nicaragua: Perdida en el tumulto," <u>Diario Las Americas</u>, 1 Dec 2008.

- "Nation needs our attention," <u>Miami Herald</u>, 2 Dec 2008.

- "A Latin America Game Plan," <u>Boston Globe</u>, 6 Apr 2009; republished in <u>International Herald Tribune</u>, 12 Apr 2009.

- "President Obama and the Summit of the Americas," <u>Huffington Post</u>, 16 Apr 2009.

- "Obama y Mexico: Un inicio prometedor," <u>Reforma</u> (Mexico), 16 Apr 2009.

- "Un comienzo prometedor," <u>La Opinión</u>, 16 Apr 2009.

- "Building on Good Start with Mexico," <u>San Diego Union Tribune</u>, 16 Apr 2009.

- "President Obama and the Americas: Beyond the Summit," <u>Huffington Post</u>, 21 Apr 2009.

- "Além de Trinidad e Tobago," <u>Jornal do Brasil</u>, 26 Apr 2009.

- "Obama off to good start in Latin America," <u>Miami Herald</u>, 4 May 2009.

- "El golpe de estado en Honduras," <u>Reforma</u>, 1 July 2009.

- "The Coup in Honduras: Can Obama's Promising Start in the Americas be Sustained?" <u>The Gleaner</u>, 5 July 2009.

- "Putting the Honduran Crisis in Perspective," <u>Huffington Post</u>, 25 Aug 2009.

- "Left, Right and Wrong in Honduras," <u>Los Angeles Times</u>, 23 Oct 2009.

- "Significado del embrollo hondureño," <u>Reforma</u>, 25 Oct 2009.

Abraham F. Lowenthal                                                               E-mail: afl@usc.edu
*Curriculum Vitae*                                                                      Phone: 213-740-0793

-        "Extremos políticos en Honduras," <u>El Caribe</u>, 30 Oct 2009.

-        "Las Elecciones Latinoamericanas y Sus Limites," <u>La Voz del Interior</u> (Córdoba),17 Jan
         2010.

-        "U.S.-Brazil Relations are Critical," <u>San Diego Union Tribune</u>, 5 Mar 2010.

-        "La Construcción de Una Relación Estratégica," <u>La Voz del Interior</u> (Córdoba), 21 Mar
         2010.


Most of these newspapers articles have been published in a number of newspapers around the
country.  Many have been published in Spanish in various journals such as <u>Caretas</u> (Lima),
<u>Razones</u> (Mexico), <u>Estrategia</u> (Bogota), <u>Hoy</u> (Santiago), <u>El Tiempo</u> (Bogota), <u>Hoy</u> (Quito),
<u>Analisis</u> (Panama), <u>Veja</u> (Rio de Janeiro), <u>O Estado de Sao Paulo</u> (Brazil), <u>La Opinion</u> (Buenos
Aires), and <u>Opiniones</u> (Miami); others have been syndicated by ALA news service.  Several have
been reprinted by the <u>International Herald Tribune</u>, and op-ed pieces in the <u>Los Angeles Times</u>
have often appeared in <u>La Opinion</u> (Los Angeles) and have been sent out on the <u>Los Angeles
Times</u>-<u>Washington Post</u> wire.



**<u>Book Reviews</u>**

Reviewer of all books on Latin America for <u>Foreign Affairs</u>, 1988-1993.

Book reviews in American Political Science Review, New York Times Sunday Book Review,
Los Angeles Times Sunday Book Review, Political Science Quarterly, Hispanic American
Historical Review, Chronicle of Higher Education, Commonweal, Foreign Affairs en Español,
Journal of Cold War Studies and other publications.

**<u>Current Research</u>**

I am currently doing research for a book project on "Rethinking U.S. Interests, Policies and
Relations in the Americas," being prepared for the Brookings Institution with support from a
Ford Foundation grant. In conjunction with this project, I have spent some nine months in Latin
America and the Caribbean since March 2006, conducting more than 180 interviews in 27 cities
of 15 countries.

I have also done some 130 interviews for a project on "The Craft of Think Tank Institution
Building: Working at the Nexus Between Thought and Action." This project has been supported
by the Rockefeller Brothers Fund, William and Flora Hewlett Foundation and John Templeton
Foundation.

Abraham F. Lowenthal
*Curriculum Vitae*

E-mail: afl@usc.edu
Phone: 213-740-0793

40