# EXHIBIT 3

## <u>DECLARATION OF</u> ████████████

I, ████████████ hereby declare,

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

1. I am twenty-three years old. I currently live in a suburb of Atlanta, Georgia with my uncle and cousins.

2. I came to the United States from Mexico twelve years ago, as a young adolescent. My family came to the United States seeking work and better educational opportunities for their children. I do not have valid immigration status in the United States.

3. I have lived in Georgia for about twelve years. Many of my aunts, uncles, and cousins also live in Georgia.

4. I would like to be able to continue living in Georgia because it is the only home that I have ever known; I grew up here, went to school here, and my friends and family are all here. Georgia is my home.

5. Also, I feel like my future opportunities are much better in the United States. Although I was born in Mexico I have almost no memories of it, and my reading and writing skills in Spanish are such that I would struggle there.

Additionally, the United States is a much safer place with less violence than is found in Mexico.

6. I attended high school and college here in Georgia. About two years ago I was pulled over by a police officer for a minor traffic violation and charged with driving without a license. I was detained for a month by Immigration and Customs Enforcement, while they decided if they would remove me from the United States. Fortunately I was granted a deferred action, a discretionary decision by Immigration and Customs Enforcement not to arrest or deport me, allowing me to remain in the United States.

7. Deferred action is typically granted for twelve months, but can be renewed. My deferred action would have expired in a few months ago, but it was renewed and is now valid through May 2012. With my deferred action status I was able to obtain a Georgia driver's license last year, but that license expired when my first deferred action period ended. Currently I do not have a valid Georgia driver's license, I am waiting on my work permit so I can obtain a new one, which could take several months.

8. I am concerned that if HB 87 goes into effect, that I could be targeted and stopped. Since I currently don't have any of the specified documents in HB 87 I could be detained by a police officer while they verify my status. I

2

worry because I usually don't carry my order for deferred action because it is simply a piece of paper and could easily be damaged. Even if I did carry it, I worry that a police officer might not know what to make of it or know whether it was still current and valid. As such I could be detained longer than ordinary just because I currently don't have Georgia driver's license or other identification.

9. Even once I have a new Georgia driver's license, I will likely reduce the amount of driving that I do if HB 87 goes into effect. I worry that because HB 87 is aimed at people of color that I might be stopped frequently because I look Hispanic.

10. I worry that the community in general would suffer since parents who are undocumented immigrants would be less willing to drive their children who are U.S. citizens to extra-curricular activities that could benefit the youth and society.

11. Additionally I worry that if HB 87 goes into effect that immigrants would be less likely to interact with the police because of fear that they might be questioned about their immigration status. For me personally, I would be less likely to report a crime whether I was a victim or just happened to witness it, because I wouldn't want to be questioned the entire time about

3

my immigration status. I feel like this would be a big impact on crime rates and people's lives since criminals would go unpunished.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this ___3___ day of June, 2011 in Fulton County, Georgia.

4