# EXHIBIT 5

## DECLARATION OF PAUL BRIDGES

I, Paul Bridges, hereby declare:

I make this declaration based on my own personal knowledge. If called to testify, I could and would competently state what follows.

1. I was born in 1952 in Vidalia, Georgia. I grew up in Treutlen County and went to school in Soperton, the county seat. I have spent most of my life in Southeast Georgia. I am a United States citizen.

2. I currently serve as the mayor of Uvalda, Georgia. I moved to Uvalda in 2004 and I was elected mayor in November 2009. My term as mayor began in January 2010. I am a Republican. Uvalda is a town of approximately 600 people in Montgomery County. Our town is in a rural, agricultural area known for its production of Vidalia onions.

3. I worked for 23 years at the Hatch Nuclear Power Plant in Baxley, Georgia as a nuclear specialist and contract administrator. I retired from Plant Hatch about six years ago. I have a master's degree in literacy and have taught English as a Second Language, Spanish, and GED prep courses.

4. In addition to my job as mayor, I keep a small dairy goat farm on my land. I have 15 goats and I use their milk to make homemade soaps and cheese.

1

5. I ran for mayor because I wanted to make Uvalda a better and fairer place for everyone to live. I felt that some town residents were treated unfairly because they were not part of the "good old boys" network. I also wanted to make the town government more transparent, to involve the residents of Uvalda in more activities, and to make concrete improvements to our town, such as upgrading parks and the baseball field. I also hoped to try to reverse the downward economic trend our town has experienced for many years.

6. About ten years ago, I met and became friends with a family of immigrants from Mexico. They had moved to Southeast Georgia to work in the onion fields. They taught me Spanish and I taught them some English.

7. Over the past decade, I have noticed that many more Spanish-speaking people have moved to Southeast Georgia. Some come to work on the onion harvest and then move on to other crops in other states, but many have decided to make their homes in Uvalda and surrounding towns. Many of these people who came to the Uvalda area to harvest Vidalia sweet onions are my friends and neighbors.

8. Because I can speak Spanish and English and many Latino people in the Uvalda area know me, I have often been asked to assist with interpretation in different places, such as schools, doctors' offices, and court settings. I

2

happily assist my friends and neighbors with interpretation when asked, because I know that without me they often would have no way of communicating.

9. I have also provided rides to people I know lack immigration status in the United States. The people I have given rides to are my friends and neighbors and many of them cannot drive because they are unable to obtain Georgia driver's licenses. I have driven people I know to be undocumented to places such as the Mexican Consulate in Atlanta, churches, the grocery store, appointments at doctors' and dentists' offices, and soccer tournaments in towns neighboring Uvalda, among other places.

10. I give rides to my undocumented friends on at least a daily basis. I plan to continue to drive my undocumented friends wherever they need to go when I am able to help. Sometimes I go above the speed limit, or forget to signal when changing lanes, when I am driving my undocumented friends.

11. If HB 87 goes into effect, I fear that I may be pulled over by police if I am going above the speed limit or forget to signal and that I will be subject to prosecution for driving my undocumented friends to their appointments and events. It is important to me to be able to help my friends by giving them rides to the doctor's office, the grocery store, and other essential places they

3

need to go, often with their U.S. citizen children. Uvalda is a small town with few stores, no restaurants, and no doctors' or dentists' offices. If I do not drive my undocumented friends to where they need to be, they will not be able to get to these places.

12. I am also worried that if HB 87 goes into effect and I am pulled over while driving my undocumented friends to their appointments, the police might question my friends' immigration status.

13. In the past, I have traveled to towns in Florida to pick up friends who were working on the tomato harvest, and I have given them rides back to Georgia. I believe some of these people were undocumented. I plan to give rides to them again when they need to come back to Georgia. When I drive back into Georgia on these trips, I sometimes go above the speed limit.

14. I understand that if HB 87 goes into effect, I could be prosecuted for giving these people rides from Florida to Georgia, even though I do not charge them for the rides.

15. In the past, I have also opened my home to family members of my friends and have allowed them to stay with me if they need a place to live. I have done this about twice a year over the past decade, when family members are coming through the area to work on the Vidalia onion harvest and other

4

products like blueberries, and pine straw. I am pretty sure some of these people were undocumented when I gave them a place to live. I plan to continue to allow undocumented friends and acquaintances to live with me in the future if they need a place to stay.

16. If HB 87 goes into effect, I fear that I could be prosecuted for sheltering my friends and neighbors in my home. I should be able to invite whoever I want to stay with me in my private home, but HB 87 makes me a criminal for giving my friends a place to live.

17. HB 87 will terrorize my Latino friends and neighbors in Uvalda. I know many people who are undocumented but whose children were born in the United States. I am worried about what will happen to those children if their parents are picked up by immigration because local police are enforcing HB 87.

18. I am also worried about what will happen to the economy in our town and the surrounding areas if HB 87 goes into effect. I am afraid that there won't be enough workers to pick the Vidalia onions because many immigrant workers will leave Georgia. If businesses such as the onion farms and the pine straw companies cannot operate because they do not have enough

5

workers, this will have a negative impact on all the businesses of Uvalda, as well as our tax base.

19. I am also concerned about the cost to Uvalda of having to house people who are arrested because of this law. When someone is arrested in our town, we have to pay a daily fee to house arrestees in the jails of surrounding counties. We can't use our own city jail or the Montgomery County jail because they are nonfunctional. If we have to enforce HB 87, Uvalda will face enormous costs that we cannot afford.

20. The human cost of HB 87 concerns me above and beyond the economic impact that I believe the law will have on Uvalda if it goes into effect. HB 87 will separate families and turn people like me into criminals for helping our friends live in our small town.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-28-2011

Paul Bridges

6