# EXHIBIT 6

## <u>DECLARATION OF BENJAMIN SPEIGHT</u>

I, Ben Speight, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

1. I am 29 years old, and was born in Charlotte, North Carolina. At the age of four my family moved to Georgia. I grew up in Newnan, Georgia and graduated from Fayette County High School in 2000. I graduated with a BA in Political Science from Valdosta State University in Valdosta, GA in 2004. I am a United States citizen.

2. I have lived in Atlanta for the last three and a half years. I have a valid Georgia driver's license.

3. In 2004, I joined the Teamsters Truck Drivers and Helpers Local 728 when I began working as a sorter at the United Parcel Service ("UPS"). Since September of 2007, I have been the Organizing Director for the Teamsters Truck Drivers and Helpers Local 728.

4. As a representative of a worker organization here in Georgia I oppose HB 87 as well as the messages the supporters of this law have put out. These supporters have falsely claimed that undocumented workers are taking jobs from U.S. citizens, and I contend and support the immigrant communities' position that that is a myth. The Teamsters

1

Local 728 represents 7,000 workers in Georgia and not a single undocumented worker has taken a single member's job.

5.  I believe my role as a union organizer is to protect the rights of all workers. The Teamsters take an oath of membership that states that we will not discriminate against a sister or brother based on their nationality or race. I take the terms sister or brother to mean broadly speaking, *all* working people, without regards to immigration status.

6.  In my capacity as an organizer for the Teamsters I drive a union issued Ford E-350 twelve passenger van. I regularly transport union members and staff to and from union meetings and organizing campaigns in this van. This van is also my main personal means of transportation. I drive it to the grocery store; I drive it to events in support of immigrant rights; I can also drive my mama to church in it, if I want. I am allowed to use this van seven days a week for personal use however I see fit.

7.  One example of my personal use of the van is that on or about the first weekend in April this year, I transported a group of undocumented students from Pebblebrook High School in Mableton for an immigration workshop and training on civil disobedience. Once

HB87 is implemented I will continue to transport undocumented students as needed. I also receive and send text messages while driving these students. I also sometimes don't come to complete stops at stop signs and, from time to time, I drive above the speed limit. I know that HB 87 will make my transporting of undocumented students a crime, but I will continue to do this.

8. Since HB87 was signed by the governor, people have been organizing to provide undocumented people rides to and from church and work sites as well as to and from human rights zones and "BuySpots" or local businesses, organizations and institutions that have pledged to support human rights for all communities and who plan to oppose the criminalization of communities through non-compliance and targeted advocacy. I am part of this effort and will be assisting undocumented individuals by providing them free transportation. As I have done in the past, I will also receive and send text messages while driving these individuals and will occasionally fail to come to complete stops at stop signs and, from time to time, I will drive above the speed limit. As a result, I fear that I will be subject to criminal prosecution under HB 87.

3

9. I've told lead organizations that are organizing non-compliance and targeted advocacy in opposition to HB87 that I will drive the van for their purposes both inside and outside the state of Georgia.

10. The costs I would pay as a U.S. citizen and Georgia resident as a result of violating this law if I am suspected of harboring, transporting, or inducing undocumented immigrants to come to Georgia are egregious and in violation of my own constitutional rights. It would be unconscionable if I was punished for these humane efforts, but I truly fear it could happen. However, I have to take on this risk because if I don't, the disruption of the lives of immigrant working families and innocent people of color who are unjustly criminalized by this law will be even worse.

11. I am going to do everything I can to help my undocumented brothers and sisters if HB 87 takes effect and am prepared to knowingly violate this unjust law.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of May, 2011 in Atlanta, Georgia.

Ben Speight

4