# EXHIBIT 8

## DECLARATION OF PAUL C. EDWARDS, JR.

I, Paul C. Edwards, Jr., hereby declare:

I make this declaration based on my personal knowledge, and if called to testify I could and would do so competently as follows.

1. I was born in Oceanport, New Jersey, in 1970. I am a United States citizen. I have lived in Georgia since 1981, and I currently reside in Cobb County.

2. I have a Georgia driver's license. My driver's license was issued in 2007.

3. I am a Christian, and as such, I strongly believe in providing help to all individuals in my community regardless of their immigration status. My religious beliefs encourage actions that will be labeled as criminal offenses if HB 87 is allowed to take effect.

4. As a part of my religious commitment, I transport people to places of worship and to locations which provide medical assistance. I understand that some of the people I transport lack immigration status. When transporting individuals, I have on occasion exceeded the speed limit to arrive on time, and I have had a tail light in the vehicle I was driving burn out. In the future, I could be charged with a crime under HB 87 for my transporting activities. To the best of my memory, my last speeding citation was September / October 2008. I also had car-related citations in June 2008

1

for speeding, January 2006 for an improper turn, December 2005 for a traffic signal violation, and August 2002 for speeding.  I have had other citations previous to 2002 and had citations while driving a motorcycle as well.

5.  I am a board member of Alterna, Inc., a 501(c)3 non-profit ministry based here in Georgia that offers direct services to the Latino immigrant community.  On a regular basis, members of Alterna transport immigrants to appointments to places like a doctor's office, court, and their children's school.  Alterna has offered transitional housing to immigrants in crisis and has recently launched El Refugio, a house located outside the Stewart Detention Center where we welcome the stranger who is visiting a loved one detained for deportation proceedings.  I am not only a board member but an active volunteer, particularly at El Refugio.  Could these acts of faith, hospitality, and conscience be considered unlawful acts of harboring under HB87?  I also independently advertise my availability to transport individuals in need.  The advertisement of my services is mostly by word of mouth.  Usually, individuals within the community approach me when they need transportation.  Under HB 87, these actions could be considered assisting, transporting, and harboring undocumented individuals in the state

2

of Georgia, which would make me liable for providing assistance to these members of the community.

6. HB 87 creates a dire problem for me.  As a Christian, I am supposed to help other members of the community, particularly those who are poor, marginalized, ill, a stranger from another land, and/or suffering.  For example, see The Holy Bible, Book of Mathew 25:31-46.  My motivation to transport individuals in need is strongly guided by my religious beliefs. HB 87 transforms these actions into a violation of Georgia laws thus making me susceptible to a charge of a misdemeanor or a felony.

7. Individuals in my community have been afraid to drive since the adoption of the 287(g) program by Cobb County in February 2007.  They, thus, rely heavily on my ability to transport them in order to attend religious services and non-emergency medical services.  If HB 87 goes into effect, individuals in the community will be even more afraid to drive, and I will be criminally liable for helping these individuals and following my religious beliefs. Without my help, these individuals may not be able to attain transportation and be denied religious practice and non-emergency medical care.

8. I have friends who I know are undocumented, with whom I partake in social activities such as dinner.  These activities would be impaired by HB 87

3

because I would not be able to drive them to such events. HB 87 also makes me criminally liable for inviting out of state undocumented friends into my home. It puts a strain on my relationships with my friends from out of state.

9. I have concerns for my community with the passage of HB 87. In the past, I had friends who were involved in traffic accidents. There was a witness that could provide information that would result in a ticket being issued to the other party in the accident. However, because the passenger in the vehicle did not have documentation, they were too afraid to get law enforcement further involved. Therefore, the person who committed the car accident got away without being reprimanded. Laws such as HB 87 increase fear within the immigrant community and will most likely lead to similar incidents and result in a decrease in safety in our community.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31st day of May, 2011 in Smyrna, GA.

_Paul C. Edwards, Jr._  2 June 11
Paul C. Edwards, Jr.

4