# EXHIBIT 9

## <u>DECLARATION OF SHARON GRUNER</u>

I, Sharon Gruner, make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

1. I am 25 years old, and was born in Mexico. I moved with my mother and father to the United States when I was sixteen years old, and I became a U.S. citizen in approximately 2008. I reside in Dalton, Georgia, and I have lived here for about two years since graduating from Southern Polytechnic Institute in Atlanta, Georgia, with a bachelor's degree in Industrial Engineering. I am currently a graduate student in Industrial Organizational Psychology at the University of Tennessee, Chattanooga. I am fluent in English and in Spanish.

2. I have a valid Georgia driver's license.

3. I volunteer with CLILA, the Coalición de Lideres Latinos, in Dalton, Georgia. As part of that work, I regularly drive our members home after English classes and meetings. I have driven people who do not have immigration documents for living and working in the United States. Sometimes the people I have driven have told me they do not have these documents, and sometimes I drive people home on purpose

1

because they do not have immigration documents. While driving these members home, I sometimes accidentally drive over the speed limit or fail to stop completely at a stop sign.

4. I am stopped about once every three months by police because the lights on my car sometimes do not function properly. There is an electrical problem with my car and occasionally the lights malfunction. So far, I have only received warnings, but I am afraid that if HB87 is implemented and I am stopped while driving CLILA members home, I will be prosecuted for transporting undocumented immigrants after the police stop me for my car's malfunctioning tail lights and brake lights.

5. Even if HB 87 goes into effect, I plan to continue to offer rides to undocumented people who come to CLILA for classes. The classes and other activities offered at CLILA are important services for the community, and I am proud to be able to volunteer for that organization. I am an immigrant myself, and I want to do all I can to support the immigrant community in Dalton, Georgia. I will continue to have problems with my car's tail lights and I do accidentally speed occasionally.

6. Last Saturday, May 21, 2011, I drove undocumented children in my car and took care of them in my home. Their mother had just been arrested for driving without a driver's license. Their stepfather, a member of CLILA, called my mother to ask her to go get the children from the roadblock. My mother asked me to take care of the children, so I drove them around town to entertain them, and then took them to my home so they could spend the night. Their stepfather came to get them the next day.

7. If I come across another situation like this, where undocumented children need help, I will again offer my assistance to the children. I think it is terrible that children are torn from their families and left abandoned when their parents are arrested. I cannot believe that helping children in this way should be considered breaking a law. Whitfield County has become an inhumane place for immigrants to live now that 287g has been implemented, and I am afraid that it will get much worse if HB87 is implemented.

8. The fines I would pay as a result of violating HB87 if I am suspected of harboring or transporting undocumented immigrants are extremely high and I would not be able to afford to pay them. I am a student

3

with a summer internship and a work-study position during the school year. I do not have enough income to pay these outrageous fines. I am also shocked at the punishment of jail time for violating this part of HB87. Nevertheless, I believe in the volunteer work I do, and I believe in helping children whenever they need it, so I will continue these activities and risk violating HB87.

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED this ___1___ day of ___June___, 2011 in Dalton, Georgia.

Sharon Gruner

4