# EXHIBIT 10

## DECLARATION OF ██████████

I, ██████████ hereby declare:

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

1. I was born in Atlanta Georgia in 1981. I have lived in Georgia my entire life, and currently reside in Ellenwood, Georgia. My Dad is originally from Georgia and my Mom is from New York. Although my parents and I all were born in the United States, I am of Hispanic descent.

2. I currently have a valid Georgia driver's license.

3. My husband is an undocumented immigrant. If HB 87 goes into effect, I will be afraid to travel within Georgia with my husband. This is a large problem for us since my husband is unable to drive due to a disabling injury that he received on the job a few years ago. Since that time, he has needed to be driven to regular physical therapy sessions and doctor's checkups by either myself or a driving service. I would be afraid to drive him to his appointments in Alpharetta or Clayton, and we worry about what would happen if we were stopped, but we can't afford to use a driving service all the time. We worry about what would happen to our three young children if he were deported or if I were arrested for transporting an undocumented

1

immigrant. I could not provide for my children as well without my husband here to help raise them. We work together to raise the three children, and without him I worry that I wouldn't be able to accomplish the daily house work. I worry for my own health if he were to be deported, since my stress level would increase, negatively affecting my health.

4. I am concerned that if HB 87 goes into effect it will increase racial profiling. In the past when my husband and I are out in public we have preferred to speak in Spanish since we are more comfortable with it. However, now I worry that because of the way we look and speak we will be profiled against and targeted by the police. My husband and I will reduce the amount we drive. Although I'll drive my husband, I'll be afraid to drive with him because we are both from Hispanic descent and speak Spanish. I worry that we will be racially profiled by law enforcement and subjected to discriminatory stops based on the way we look and talk. He will be even more afraid because of his immigration status. Right now we go to stores, restaurants, and movies or other places with our kids. If HB 87 takes effect, we would probably go less often to those places because we will want to avoid law enforcement and lessen the risk of being racially profiled.

2

5. I worry that if my name was made public as part of this lawsuit, the police might recognize it in a routine traffic stop. A police officer who was upset that I am part of this lawsuit might decide to check my husband's immigration status to punish me for standing up against this law. I also worry that my neighbors or other supporters of HB 87 might try to persecute me or my family

6. I worry too, that my children will grow up without really knowing their family who live in Florida because, as undocumented immigrants, if they come to Georgia they could be stopped on account of HB 87 and deported. In addition if I were to invite them and they came to stay with me I could be arrested for harboring an undocumented immigrant, even though they are my family. Traveling to Florida to see them frequently would be difficult and straining on our budget, and I would be afraid to drive there with my husband since the long drive through Georgia would provide more opportunities for us to be stopped by the police.

7. I can't imagine what will happen if HB 87 takes effect. I will always be wondering if everything is going to be okay. Every day, I will wonder if my husband will be picked up by ICE. I will worry about our undocumented friends and what is going to happen to their children if they are stopped by the police and

3

referred to immigration. I will worry about what will happen to my own children if I were to be arrested for driving my husband somewhere. I have suffered in the past from a heart condition and depression, since HB 87 was passed both my heart condition and depression have gotten worse and I am currently going to the doctor to seek help with the problems caused by my anxiety. I worry HB 87 will separate and hurt families, especially mine.

8. I am also afraid that if HB 87 takes effect the police will not believe me **if I** say I am a U.S. citizen.  Because I am Hispanic, a police officer may assume I am undocumented.  If the officer asks me to prove that I am a citizen, I will have nothing to show them.  I don't carry my passport or birth certificate around with me.  I don't feel that I should have to carry other documents besides my license or state identification to prove that I am a U.S. citizen.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3 day of June, 2011 in Fulton County, Georgia.



4