# EXHIBIT 14

## <u>DECLARACIÓN DE ERNESTO PIÑON</u>

Yo, Ernesto Piñón, declaro,

Tengo conocimiento personal de la información en esta declaración. Si me piden mi testimonio, podría decir competentemente lo que sigue y lo haría.

1. Nací en México en 1974. Me hice ciudadano estadounidense en 2009.

2. Vivo en Sunnyside, Washington. Tengo una licencia para conducir del estado de Washington. No tengo pasaporte de los Estados Unidos, y la única identificación del gobierno que siempre llevo conmigo es mi licencia para conducir del estado de Washington.

3. Mi media hermana vive en Georgia. Ella y yo nos mantenemos en contacto por teléfono una o dos veces cada mes. Hace poco su hija, mi sobrina, se graduó de la preparatoria. Estoy muy orgulloso de ella y quería ir a Georgia para celebrar con ellos. Desgraciadamente, debido a conflictos de trabajo y asuntos económicos, no pude hacer el viaje. Tengo planes de viajar a Georgia para visitar a mi media hermana y mis sobrinas antes del fin de año.

4. No soy muy alto y soy moreno de pelo obscuro. Creo que las personas que me ven saben que soy Latino. Además, mi lengua primaria es español, y aunque puedo hablar en inglés, tengo un acento.

1

5. Creo que he sido parado por la policía por mi aspecto Latino. Una vez me pararon, y el policía me dijo que me había parado porque el parabrisas estaba rajado. Pero no había ninguna rajadura en el parabrisas. Creo que solamente buscó un pretexto para explicar porque me paró. Otra vez me siguió un coche de policía después de que salí de un bar donde había cenado después del trabajo. El policía nos vio a mí y a mis compañeros de trabajo irnos del bar y nos siguió. Me preguntó cuántas cervezas había tomado. Le dije que no había tomado ninguna cerveza. No puedo estar seguro de que estos dos encuentros fueran casos en que la policía haya hecho presunciones por mi raza, pero tengo el 80 por ciento de seguridad de que me pararon porque soy Latino.

6. No creo ser el único que la policía ha parado por tener apariencia Latina. Creo que esto pasa a muchas personas. También creo que la policía en otros lugares afuera de Washington paran a las personas porque parecen Latinos. Creo que es probable que la policía en Georgia paren a las personas solamente por parecer Latinos. De hecho, mi media hermana me ha comentado que con esta ley la policía han puesto más presion con la gente con aparencia Latina.

2

7. Cuando viajo, mi licencia para conducir del estado de Washington es la única identificación que llevo.  Tengo miedo de que si se pone en marcha la HB 87, y viajo a Georgia para visitar a mi media hermana y mis sobrinas, la policía me va a parar y me van a detener porque mi licencia de Washington no será aceptada como prueba de que soy ciudadano estadounidense.  Tengo miedo de que  van a hacer presunciones por mi raza como lo han hecho en el pasado, y aunque intento no hacerlo, a veces manejo a alta velocidad.  La policía me ha parado antes por ir a velocidad excesiva.  Tengo miedo de que si la policía me para por ir a velocidad excesiva o por alguna otra infracción de tráfico, no me van a creer cuando les diga que soy ciudadano estadounidense porque no tengo la identificación correcta, por el color de mi piel, y porque tengo acento.  Tengo miedo de que me detengan por estos motivos.

8. Si se pone en marcha la HB 87, voy a tener más miedo de viajar en Georgia.  Nosotros nos tendremos que quedar en casa más tiempo cuando visite a mi media hermana, más de lo que hubiéramos tenido que hacer antes de que la HB 87 fuera una ley.

9. Estoy orgulloso de poner resistencia a esta ley. Creo que esta ley es injusta para los inmigrantes que viven o viajan en Georgia. Como ciudadano estadounidense, no creo que esto sea lo que mi país representa.

Declaro bajo pena de perjurio que el contenido de este documento es verdadero y correcto.

Firmado este día __7__ de Junio de 2011 en Sunnyside, Wahsington.

Ernesto Piñón

4

## DECLARATION OF ERNESTO PIÑON

I, Ernesto Piñon, hereby declare,

I make this declaration based on my own personal knowledge and if called to

testify I could and would do so competently as follows.

1. I was born in Mexico in 1974.  I became a U.S. Citizen in 2009.

2. I live in Sunnyside, Washington.  I have a Washington State driver's license.  I do not have a U.S. Passport, and the only government identification I ever carry with me is my Washington State driver's license.

3. My half-sister lives in Georgia.  She and I stay in touch by speaking on the phone once or twice a month.  Recently her daughter, my niece, graduated from high school.  I was very proud of her and wanted to go to Georgia to celebrate with them.  Unfortunately, due to work conflicts and financial concerns, I wasn't able to make the trip.  I plan to travel to Georgia to visit my half-sister and my nieces sometime before the end of the year.

4. I am not very tall and have dark skin and dark hair.  I think people who see me know that I am Latino.  Also, my primary language is Spanish, and although I can speak English I do have an accent.

5. I believe that I have been stopped by the police because I look Latino.  One time I was pulled over, and the police officer told me he had stopped me

1

because my windshield was cracked.  But there was no crack in my windshield.  I think he was just looking for a pretext to explain why he stopped me.  Another time I was followed by a police car after leaving a bar where I had stopped for dinner after work.  The police officer saw me and my coworkers leave and followed us.  He asked me how many beers I had drunk.  I told him I had not drunk any beers.  I cannot be sure that either of these cases was racial-profiling, but I am 80 percent confident that I was stopped because I am Latino.

6.  I do not think I am the only person who is stopped by police because he/she looks Latino.  I think this happens to a lot of people.  I also think the police in other places besides Washington stop people because they look Latino.  I believe that police in Georgia probably stop people just because they look Latino.  In fact, my half-sister has told me that with this law, the police are putting more pressure on people who look Latino.

7.  When I travel, my Washington driver's license is the only form of ID that I carry.  I am afraid that if HB 87 goes into effect, and I travel to Georgia to visit my sister and my nieces, I will be stopped by police and then detained because my Washington driver's license will not be accepted as proof that I am a U.S. Citizen.  I fear that I might be profiled again as I have been in the

2

past, and although I try not to, I do sometimes drive over the speed limit. I have been stopped by the police for speeding before. I am afraid that if the police stop me for speeding or some other traffic violation, they will not believe me when I tell them that I am a U.S. Citizen because I don't have the right identification, because of my skin color, and because of my accent. I fear they will detain me because of this.

8. If HB 87 goes into effect, I will be more afraid to travel in Georgia. When I visit my half-sister we will stay inside at her house more than we would have before HB 87 was a law.

9. I am proud to stand up against this law. I believe this law is unfair to immigrants who live or travel in Georgia. As a U.S. Citizen, I do not believe this is what my country stands for.

I declare under penalty of perjury that the forgoing is true and correct.

EXECUTED this _____ day of June, 2011 in Sunnyside, Washington.

_____
Ernesto Piñon

## Translator's Affidavit

I certify that I am fluent in Spanish and English.  I certify that on <u>June 4, 2011</u>, I translated the following document from Spanish into English:

### Declaración de Ernesto Piñon,

and that the English is a true and accurate translation of the Spanish.


Translator: Amara Nickerson

6/7/11

Date