# EXHIBIT 17

## DECLARATION OF ▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮ , hereby declare,

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

1. I am nineteen years old. I currently live in a small town about twenty miles outside of Atlanta, Georgia with my parents and three siblings.

2. I came to the United States from Mexico when I was about nine years old. My family came here out of necessity. My parents were seeking work and better educational opportunities for their children. I do not have valid immigration status in the United States.

3. I have lived in Georgia for about ten years. Many of my aunts, uncles, and cousins also live in Georgia.

4. I would like to be able to continue living in Georgia because it is my home; I grew up here, went to school here, my friends are here, and much of my family lives here. It is the only place that I am connected to in this way.

5. Also, in the United States there are better opportunities for people who work hard and apply themselves in school. There is also less violence in the United States than there is in Mexico.

1

6. I am a graduate of ▮▮▮▮ High School.  While in school, I was very dedicated to my studies and heavily involved in the school community.  I graduated in 2009 with a 3.5 GPA.  I was a member of the Reserve Officers' Training Corp ("ROTC"), I performed with the Marching Rifles, was the Chief Photographer for the yearbook, the vice-president of my senior class, the vice-president of the Principal's Roundtable, and I was also a member of the German Honors Association.

7. I applied to and was accepted at Kennesaw State University.  I was not able to matriculate because I could not afford the tuition and I do not qualify for loans or grants because of my immigration status.  My goal is to eventually attend college and become a political journalist or high school Advanced Placement English teacher.

8. If HB 87 goes into effect, I will be afraid to leave my home.  I am already afraid to travel in counties that have 287(g) agreements because I worry that the police will stop me based on my Latino appearance.  I will not want to go out and participate in community activities as I normally would if HB 87 is implemented.

9. I spend a lot of time worrying about myself and my family and our future.  I worry about where my family can go to be safe.  If my family has to move

out of Georgia, we will have to start our lives all over from scratch. I worry about what will happen to my siblings who are U. S. Citizens if my parents or I get caught up in immigration enforcement.

10. I am also concerned that HB 87 will increase racial profiling in Georgia against me and people who look like me. My friends tell me that in places like Cobb County where there is a 287(g) agreement, the police go out looking for people who are Latino. I think this will happen throughout Georgia if HB 87 goes into effect. I have been racially profiled in the past. In 2010 I was a passenger in a car with two white friends. We were stopped at a police checkpoint by Cobb County Police. The police officer asked to see the driver's ID. The police officer saw me sitting in the back seat. He asked for my ID. I asked if ID was required for someone who is a passenger in a car. I began filming the interaction. That made the police officer leave. He never asked the white, female passenger in the front seat for her ID. I believe I was asked for my ID because I have dark skin and dark hair and I am Latino. I don't possess any of the documents HB 87 requires as proof of identification.

11. If HB 87 goes into effect, I will be very afraid to interact with the police, even if I am the victim of or witness to a crime. I already fear contacting the

3

police because I think they might ask for my ID or my immigration status, and since I have seen first-hand that some police officers do racially profile, I would likely not call the police because I would be afraid that I would be arrested for my immigration status. HB 87 amplifies my fear of the police inquiring about my immigration status because that is what everyone says this law permits.

12. My only photo ID is a matricula issued in Mexico. I have used it in the past to visit the State Capitol building. I would like to continue to be civically engaged by attending hearings at the Capitol, but I am afraid that HB 87 will cause public places to no longer accept my matricula as a valid form of ID. My mother and my sister have used their matriculas to obtain Women Infant and Children ("WIC") services for their children who were born here in the United States. I am afraid that if HB 87 passes, they will no longer be able to access these services and this will negatively affect the health and well-being of my family.

13. I know that there are many other people in my same circumstances who did not chose to be undocumented in this country but who feel punished for it every day. I believe that this law will affect all of us negatively and make it even harder for us to achieve our hopes and dreams.

4

I declare under penalty of perjury that the forgoing is true and correct.

EXECUTED this 1st day of June, 2011 in Atlanta, Georgia.



5