# EXHIBIT 21

### Declaration of Anita Beaty

I, Anita Beaty, hereby declare:

I make this declaration based on my personal knowledge, and if called to testify I could and would do so completely as follows:

1. I am the Executive Director of the Metro Atlanta Task Force for the Homeless, which is located in Atlanta, Georgia. I have been in this position for 26 years.

2. The Task Force for the Homeless (TFH) has been a presence in Atlanta since 1981, when it was started as an ad hoc group that sought to accommodate the needs of the homeless and strengthen other organizations which provided services to homeless men, women, and children in the Atlanta area. Initially serving only as a hotline that connected people with shelters or other services, TFH now has grown to serve as a homeless shelter that provides evening meals, an addiction treatment facility, hotline and support services, a day service center, permanent housing placement assistance, computer classes, and occasional transportation for residents. TFH also has an art studio and gallery, a bike shop (where bicycles are fixed and given to residents who need bicycle transportation), a computer lab, and a photo shop. The lab, gallery, photo shop, bike shop, and other

services are staffed completely by volunteers (we have no paid staff), and 90% of the volunteers are residents at the shelter. Roughly 400 people stay at the shelter each night, and 120 people use the day service center each day. Roughly 35 volunteers at TFH are homeless people who are also residents at the shelter.

3. It is estimated that TFH serves around 1,000 men, women, and children a day in various ways, and no one who comes for assistance is turned away for any reason. It is impossible to estimate the percentage of undocumented immigrants who seek assistance from TFH, including shelter, meals, and treatment services. We do not ask, and undocumented immigrants are very hesitant to offer any information whatsoever on their immigration status for obvious reasons.

4. TFH serves the metro Atlanta area, but hotline calls come in from all over Georgia, and TFH also helped to organize a statewide network and shelters in Macon and Cobb County. Those shelters, although not directly linked to TFH, are still operating today.

5. The mission of TFH is to advocate for and to represent the dignity and rights of people who are homeless in our society, toward the goal of

2

preventing homelessness and seeking appropriate and affordable housing for all.

6.  TFH and its members are very much opposed to HB 87.  This law is tantamount to legalized profiling, a problem that has been a constant issue for TFH since its beginnings in the 1980's.  TFH has filed complaints on behalf of homeless individuals on numerous occasions in the past, and with HB 87 in place, it will be more difficult to help victims of racial profiling. When a person of color is not dressed nicely, or appears shabby, police and security officials make assumptions and prevent these individuals from exercising basic rights.

7.  After the 1996 Olympics, homeless men of color have been especially vulnerable to racial profiling by the police force.

8.  There has been an increase in interest on the part of our volunteers and residents on being educated on what exactly HB 87 means to them.  There has been an effort on our part to educate volunteers, residents, and members of the community on what exactly this law will entail.  There is a fear that this will have a serious impact on all people of color.  And the problem is compounded for our volunteers and residents because homeless people seldom have the necessary documentation to prove their status.

3

9. This is a very significant piece of legislation, and so it is a priority in terms of how we educate our volunteers and residents and about what we advocate. This is the most urgent issue we can address at this moment, and so other projects have fallen back in priority compared to this.

10. There is a concern about HB 87's impact on our volunteers and members in that now there will be a fear that all people will need to bring identification with them wherever they go. The practical difficulties of always carrying sufficient documentation for our residents are very real, and I fear that HB 87 will lead us into what closely resembles a police state.

11. One of the most important goals of TFH is to see that every person who comes asking for help receives assistance. There is no inquiry from the staff at TFH as to the documentation of any who benefit from services. We will not change that policy.

12. Because we run an emergency facility, we will never use documentation as a prerequisite for helping residents or others who need (or want) assistance. Our policies will not change because of the requirements stated in HB 87.

4

13. If an undocumented immigrant is on our premises or benefitting from our services, we will not question them or turn them over to the authorities or allow police to come in and detain them.

14. Volunteers and residents also do provide transportation occasionally as they are able to. HB 87 will make any future service of that kind risky.

15. We always encourage our residents to apply for food stamps, and we direct our residents to go to the local food stamp offices to do so. Presently this does not take a lot of our time. However, because many of our residents do not have photo identification, I am very concerned that many who are eligible for food stamps will be found to lack a proper identification document under the new HB 87 rules. Food stamps are essential for many of our residents, and TFH will have to prioritize creating instructions and providing help for those who are turned away. This will be a major impediment to our residents' access to essential services, and to TFH's work in other areas. As some homeless people are turned away from receiving food stamps due to lack of documentation required by HB 87, it is possible that TFH will see an influx of people needing additional assistance in terms of food support. In fact, some of our residents have been turned away from trying to recertify for Food Stamps

5

because they were asked to provide proof of citizenship IN ADDITION to the Georgia ID and Social Security card they already had presented.

16. We also try to place individuals in public housing when possible. Given the same identification restrictions HB 87 creates for public housing that it creates for food stamps, I expect a similar problem will happen for public housing, and TFH will likely be overburdened by requests from our residents for help with these new document requirements.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 7th day of June, 2011 in Atlanta, GA.

Anita Beaty

6