# EXHIBIT 22

## DECLARATION OF HELEN KIM HO

I, Helen Kim Ho, hereby declare:

I make this declaration based on my personal knowledge and if called to testify I could and would do so competently as follows.

1.      My name is Helen Kim Ho, and I am the Executive Director of Asian American Legal Advocacy Center, Inc. ("AALAC"). I am an attorney. I am licensed in Georgia, Texas, and New York. I have lived in Georgia a total of approximately seventeen years. I currently live in Atlanta, Georgia.

2.      AALAC is located at 2750 Buford Highway, Suite 161, Atlanta, Georgia 30324.

3.      AALAC received its 501(c)(3) status on or around April 2010. AALAC was launched approximately a year ago due to the growing number of Asian Americans and Asian immigrants in Georgia and the Southeast.

4.      AALAC's mission is to protect and promote the civil, social, and economic rights of Asian Americans in Georgia and the Southeast. We engage in social justice issues through public policy, legal education, community organizing and leadership development. Our programs include immigration, youth and juvenile justice, language access, economic development, voter engagement and civic participation, and small business issues. AALAC believes in the power of

1

community organizing and the positive changes that result when groups and individuals mobilize around issues that impact us all.

5.    AALAC is part of several local and regional coalitions in Georgia and the Southeast.

6.    AALAC reaches approximately 3,000 people on an annual basis through our community forums and multilingual educational materials.  We provide bilingual materials in Chinese, Korean, and Vietnamese through the assistance of interns and volunteers.  We serve the Asian Pacific Islander, immigrant and refugee population regardless of age, gender, sexual orientation, and immigration status.   We also serve the undocumented immigrant communities.  We have conducted community education and public events on issues related to our program areas at least once a month. At each community education meeting, we are able to reach thirty to one hundred community members.  We also facilitate meetings between community leaders in the Asian American community to local and state legislatures to foster dialogue and introduce grassroots leaders to civic engagement.

7.    AALAC has exhausted staff and organizational resources in response to the passage of HB 87.  We have conducted public policy analysis around HB 87 as it impacts the Asian American and immigrant communities in Georgia.  We

2

have translated HB 87 materials to Chinese, Korean and Vietnamese ethnic press and these materials have been used by our community partners.  As a result of the passage of Arizona SB1070 and copycat laws, we have had to forgo organizing our regular community forums to respond to HB 87 and how Asian American and Asian immigrant communities would be impacted if such laws were enacted.  We believe that HB 87 would encourage racial profiling of Asian Americans, Asian immigrants and hurt Asian American businesses.   We believe that HB 87 would discourage civic participation and voter engagement of new immigrants and refugee communities.   The law is already impacting AALAC's ability to satisfy its mission because members of the community are looking to AALAC for guidance on the impact of the law on their day-to-day lives, and we have been forced to respond to these needs before we can address the broader civil, social, and economic rights of Asian Americans in Georgia and the Southeast.

8.      Partnering with the Korean American Association of Greater Atlanta, AALAC helped to gather approximately 4,000 signatures signed by Korean American residents of Gwinnett County opposing the passage of HB 87.  Including signatures from online petitions, a total of 4,880 signatures by Georgia residents were delivered to key legislatures urging them to vote no to HB 87 and similar bills.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of June, 2011 in _____Atlanta_____, Georgia.

_____
Helen Kim Ho

4