# EXHIBIT 24

# DECLARATION OF ELISEO MEDINA

I, Eliseo Medina, hereby declare:

1. I make this declaration based on my own personal knowledge and, if called to testify, could and would do so competently as follows.

2. I am the Secretary-Treasurer of the Service Employees International Union ("SEIU"). As Secretary-Treasurer I am familiar with SEIU and its affiliates' governing documents, mission, and membership.

3. SEIU is one of the largest labor organizations in the world, representing 2.2 million working men and women who work primarily in the public sector and in janitorial, health services, long-term care, and security industries.

4. Many of SEIU's members are recent immigrants to the United States, and many of its members come from racial minority groups.

5. In Georgia, SEIU has a local affiliate, the Southern Regional Joint Board of Workers' United. This affiliate represents about 4,000 employees, of whom approximately 60 percent are members. These employees work in 28 different work sites across the state with about 75 percent residing in the Atlanta metropolitan Area. Between 15 and 20 percent of the employees the Joint Board represents are Latino and the majority of the remainder is other racial minorities.

1

6. SEIU works in partnership with the Southern Regional Joint Board and other groups to combat discrimination and mobilize for immigration reform at the national level.

7. The implementation of HB 87 will have a severe impact on SEIU's organizational mission.

8. Based on reports from SEIU organizers and staff, I understand that some of SEIU's Latino members or their families have already been subjected to stops by local law enforcement where they have been asked to produce proof of immigration status. SEIU will be harmed if HB 87 is implemented because its minority members will be even more likely to be stopped, detained, arrested, and questioned by state and local police. This will cause hardship for members of SEIU.

9. In addition, SEIU will be harmed if HB 87 is implemented because its members and potential members, regardless of nationality and immigration status, may refrain from exercising their rights to attend rallies, demonstrations, and union meeting or to engage in leafleting or other traditional labor activities because of the possibility of being stopped by police under HB 87. I have already heard reports of SEIU members who have expressed concern about being targeted by local police because of HB

2

87. This will significantly impact the ability of SEIU to protect its existing members.

10. In addition, the Latino community in Georgia is one of the fastest growing in the states and is heavily represented in the industries in which Workers United is concentrated–manufacturing, industrial laundries, and distribution.

11. Finally, the generalized fear of government bureaucracy in the atmosphere created by this bill has already led to reluctance on the part of members of this community to join the union and to take the perceived risk of supporting new organizing in unorganized workplaces, where the National Labor Relations Board is often involved.

12. SEIU joins this lawsuit to preserve its ability to organize new members and to protect the rights and interests of its members and prospective members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of June 2011 in Washington, DC

_Eliseo Medina_ (signature)

Eliseo Medina

3