# EXHIBIT 26

## <u>DECLARATION OF GABRIELA GONZALEZ-LAMBERSON</u>

I, Gabriela Gonzalez-Lamberson, hereby declare:

1. I make this declaration based on my own personal knowledge and, if called to testify, could and would do so competently as follows.

2. I am the Executive Director of the Instituto de Mexico, Inc. of Atlanta ("Instituto").

3. Instituto is a non-profit organization registered in the state of Georgia and based in Atlanta.

4. Instituto is dedicated to fostering the development of the Mexican community in Atlanta the history and culture of Mexico in the United States. We place a special focus on educating Georgia youth with Mexican ancestry about their heritage and culture.

5. Instituto was founded in 2002, and its mission is to promote understanding and to share Mexican customs and traditions with residents of Atlanta and surrounding areas. We also work to cultivate friendship ties and mutual understanding of the cultural commonalities between the United States and Mexico.

6.  To fulfill its mission, Instituto organizes cultural programs, which are open to all Atlanta-region residents without regard to immigration status, nationality, or citizenship.

7.  These events draw attendees from across Atlanta and the rest of the state and regularly include thousands of participants.

8.  Although Instituto's events are open to all, the majority of attendees are Latino, including U.S. citizens and others in lawful immigration status.

9.  If HB 87 is implemented, Instituto will be harmed because attendance at its events will drop drastically, and this will undermine the Instituto's ability to achieve its central purpose as an organization—to promote understanding and educate the public about Mexican cultural heritage.

10. I have direct knowledge that already, since HB 87 passed, people have expressed fear of attending Instituto events.  Individuals who regularly attend Instituto events have expressed that they are afraid to attend these events out of fear that they will be targeted by local police and will be subject to immigration status inquiries if they attend large group events with primarily Latino attendees.

11. The passage of HB 87 has created an intense climate of fear for Latinos in Georgia, and individuals of Latino descent are afraid that any contact with

2

law enforcement could result in extended interrogation, detention, and arrest regardless of their immigration status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2011 in Atlanta, Georgia

_____
Gabriela Gonzalez-Lamberson

3