**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **GEORGIA LATINO ALLIANCE FOR HUMAN RIGHTS, et al.,** | * * * | |
| **Plaintiffs ,** | * * | |
| **V.** | * * | **1:11-CV-1804-TWT** |
| **NATHAN DEAL, Governor of the State of Georgia, et al.,** | * * * | |
| **Defendants.** | * | |

**MOTION TO DISMISS OF DEFENDANTS NATHAN DEAL, SAMUEL OLENS, CLYDE REESE AND MIKE BEATTY**

COME NOW Defendants, Deal, Olens Reese and Beatty, by and through counsel, the Attorney General for the State of Georgia, and pursuant to FED. R. CIV. P. 12(b)(1), and (6) move to dismiss Plaintiffs' Complaint in its entirety.

Defendants' Motion is premised upon the Plaintiffs' lack of standing, failure to state a claim, sovereign and Eleventh Amendment Immunity.  Defendants have filed a brief in support contemporaneous with this motion.

Respectfully submitted,

SAMUEL S. OLENS          551540
Attorney General

KATHLEEN PACIOUS         558555
Deputy Attorney General

/s/  Devon Orland
DEVON ORLAND            554301
Sr. Assistant Attorney General

Please Address All
Communications To:

Devon Orland
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
(404) 463-8850
(404) 651-5304

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the  14th  day of June, 2011.

/s/ Devon Orland
DEVON ORLAND                554301
Sr. Assistant Attorney General


40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)
Email:  Dorland@law.ga.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andrew H. Turner

Chara Fisher Jackson

Charles H. Kuck

Daniel Werner

Danielle M. Conley

Georgia Brian Spears

Mary C. Bauer

Michelle R. Lapointe

Naomi Ruth Tsu

Robert Keegan Federal, Jr.

Samuel Brooke

I further certify that I have served, by U.S. mail, first class postage prepaid, the following non-CM/ECF participants:

Andre I. Segura
Omar C. Jadwat
American Civil Liberties Union Foundation – NY
125 Broad Street, 18th Floor
New York, NY 10004

Azadeh N. Shahshahani
ACLU of Georgia
Building 400, Suite 425
1900 The Exchange, SE
Atlanta, GA 30339

Cecillia D. Wang
Katherine Desormeau
ACLU Immigrant's Rights Project
39 Drumm Street
San Francisco, CA 94111

Elora Mukherjee
ACLU Racial Justice Program
18th Floor, 125 Broad  Street
New York, NY 10004

Jonathan Blazer
Karen C. Tumlin
Linton Joaquin
Melissa S. Keaney
Nora Preciado
Tanya Broder
National Immigration Law Center
3435 Wilshire Blvd, Suite 2850
Los Angles, CA 90010

Sin Yen Ling
Asian Law Caucus
55 Columbus Avenue
San Fancisco, CA 94111

6

This 14th day of June, 2011.


s/ Devon Orland

State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: dorland@law.ga.gov

6