IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :

Georgia Latino Alliance for Human Rights, :
*et al.*                                 :        No. 1:11-cv-1804-TWT
                                          :

            Plaintiffs,        :   **MOTION FOR LEAVE TO**
                                     :   **JOIN BRIEF OF THE**
   vs.                            :   **UNITED MEXICAN STATES**
                                       :   **AS *AMICUS CURIAE* IN**
Governor Nathan Deal, *et al.*,      :   **SUPPORT OF PLAINTIFFS**
                                     :

           Defendants.       :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EMMET J. BONDURANT            HENRY L. SOLANO*
    Georgia Bar No. 066900         CARLA GORNIAK*
DAVID G.H. BRACKETT           CHRISTOPHER R. CLARK*
    Georgia Bar No. 068353
KAMAL GHALI                  **DEWEY & LEBOEUF LLP**
    Georgia Bar No. 805055
                                  1301 Avenue of the Americas
**BONDURANT MIXSON & ELMORE LLP**  New York, NY 10019
                                  Telephone: (212) 259-8000
1201 West Peachtree Street NW, Suite 3900  Facsimile: (212) 632-0162
Atlanta, GA 30309               *hsolano@dl.com*
Telephone: (404) 881-4100        *cgorniak@dl.com*
Facsimile: (404) 881-4111         *crclark@dl.com*
*bondurant@bmelaw.com*
*brackett@bmelaw.com*
*ghali@bmelaw.com*

*Application for admission *pro hac vice* forthcoming.

*Counsel for Amicus Curiae*

**MOTION FOR LEAVE TO JOIN BRIEF OF
THE UNITED MEXICAN STATES
AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS**

The Governments of Argentina, Brazil, Chile, Colombia, Costa Rica, El Salvador, Guatemala, Honduras, Nicaragua and Peru (collectively, the "Governments") respectfully file this motion for leave of Court to join the *amicus curiae* brief filed by the United Mexican States ("Mexico") on June 15, 2011, expressing grave concerns over Georgia's immigration law, House Bill 87 ("HB 87") and underscoring the importance of preliminarily enjoining HB 87 and declaring it unconstitutional in its entirety.

Mexico and the Governments share a commonality of interests – differing not in substance, but merely in proportionality and degree of impact – with regard to HB 87. Similar to Mexico, the Governments have a substantial and compelling interest in ensuring that their respective bilateral diplomatic relations with the government of the United States of America ("United States" or "U.S.") are transparent, consistent and reliable, and not frustrated by the actions of individual U.S. states; in this case Georgia. As with U.S.–Mexico relations, HB 87 raises substantial challenges to the bilateral economic, immigration and security policies of the United States and the Governments.

888203.1                                          2

Furthermore, the Governments have a substantial and compelling interest to ensure that their citizens are accorded human and civil rights when present in the United States in accordance with international treaties, the U.S. Constitution, and federal immigration law.  Like Mexico, the Governments are gravely concerned that HB 87 will lead to racial profiling and disparate treatment of their nationals. Accordingly, the Governments have a substantial and compelling interest to ensure that the ethnicity of their citizens is not used as basis for state-sanctioned acts of discrimination.

As such, the Governments have a compelling interest in seeing that HB 87 be preliminarily enjoined and declared unconstitutional in its entirety.

Respectfully submitted, this 15th day of June 2011, by counsel for *Amicus Curiae*,

/s/ *Emmet J. Bondurant*
EMMET J. BONDURANT
GEORGIA BAR NO. 066900
DAVID G.H. BRACKETT
GEORGIA BAR NO. 068353
KAMAL GHALI
GEORGIA BAR NO. 805055

**BONDURANT MIXSON & ELMORE LLP**
1201 West Peachtree Street NW, Suite 3900
Atlanta, GA 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

888203.1

3

*bondurant@bmelaw.com*
*brackett@bmelaw.com*
*ghali@bmelaw.com*

HENRY L. SOLANO
CARLA GORNIAK
CHRISTOPHER R. CLARK

**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 632-0162
*hsolano@dl.com*
*cgorniak@dl.com*
*crclark@dl.com*                       *Counsel for Amicus Curiae*

# CERTIFICATE OF SERVICE

I, Emmet J. Bondurant, hereby certify that on this 15th day of June 2011, I electronically filed the foregoing Motion for Leave to Join Brief of the United Mexican States as *Amicus Curiae* with the Clerk of the Court using the CM/ECF system, which sent notification to the following:

**Andrew H. Turner**
Southern Poverty Law Center-AL
400 Washington Avenue
Montgomery, AL 36104
334-956-8200
Email: andrew.turner@splcenter.org

**Mary C. Bauer**
Southern Poverty Law Center-Atl
Suite 2150
233 Peachtree Street, NE
Atlanta, GA 30303
334-956-8200
Email: mbauer@splcenter.org

**Azadeh N. Shahshahani**
ACLU of Georgia
Suite 514
75 Piedmont Avenue
Atlanta, GA 30303
404-523-0621

**Michelle R. Lapointe**
Southern Poverty Law Center-Atl
Suite 2150
233 Peachtree Street, NE
Atlanta, GA 30303
404-521-6700
Email:
michelle.lapointe@splcenter.org

**Chara Fisher Jackson**
ACLU of Georgia
Building 400, Suite 425
1900 The Exchange, SE
Atlanta, GA 30339
770-303-8111
Fax: 770-303-0060
Email: cfjackson@acluga.org

**Naomi Ruth Tsu**
Southern Poverty Law Center-Atl
Suite 2150
233 Peachtree Street, NE
Atlanta, GA 30303
404-521-6700
Email: naomi.tsu@splcenter.org

**Charles H. Kuck**
Kuck Immigration Partners LLC
8010 Roswell Road
Suite 300
Atlanta, GA 30350
404-816-8611
Fax: 404-816-8615
Email: ckuck@immigration.net

**Daniel Werner**
Immigrant Justice Project, Southern
Poverty Law Center
Suite 2150
233 Peachtree Street, NE
Atlanta, GA 30303
404-521-6700
Email: daniel.werner@splcenter.org

**Danielle M. Conley**
Kuck Immigration Partners LLC
Suite 300
8010 Roswell Road
Atlanta, GA 30350
404-816-8611
Fax: 404-816-8615
Email: dconley@immigration.net

**George Brian Spears**
Law Office of Brian Spears
1126 Ponce de Leon Avenue
Atlanta, GA 30306
404-872-7086
Fax: 404-892-1128
Email: Bspears@mindspring.com

**Omar C. Jadwat**
American Civil Liberties Union
Foundation-NY
125 Broad Street
18th Floor
New York, NY 10004
212-549-2620

**Robert Keegan Federal , Jr.**
Federal & Hasson, LLP
Suite 1776
Two Ravinia Drive
Atlanta, GA 30346
678-443-4044
Fax: 678-443-4081
Email: keegan@federalhasson.com

**Devon Orland**
Office of State Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
404-463-8850
Fax: 404-651-5304
Email: dorland@law.ga.gov

/s/ *Emmet J. Bondurant*
Emmet J. Bondurant

888203.1

6