Rebecca Sharpless
    (*Pro hac vice* motion forthcoming)
Florida Bar No. 0131024
Farrin Anello
    (*Pro hac vice* motion forthcoming)
New York Bar No. 4403952
Immigration Clinic
University of Miami School of Law
1311 Miller Drive, E273
Coral Gables, FL 33146
(305) 284-3576
(305) 284-6092, clinic

Socheat Chea
Georgia Bar No. 122212
Socheat Chea, P.C.
3500 Duluth Park Ln, Bldg. 300
Duluth, GA 30096
(770) 623-8880

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*,<br><br>        Plaintiffs<br><br>v.<br><br>Governor Nathan Deal, *et al.*,<br><br>        Defendants. | Case No. 1:11-cv-1804-TWT |

### *MOTION FOR LEAVE TO FILE BRIEF OF* AMICUS CURIAE *AILA IN SUPPORT OF THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION*

*Amicus*, the American Immigration Lawyers Association ("AILA"), hereby

requests leave to submit a brief in this matter in support of Plaintiffs' Motion for

Preliminary Injunction.

AILA is a national association with more than 12,000 members throughout the United States, including lawyers and law school professors who practice and teach in the field of immigration and nationality law. AILA seeks to advance the administration of law pertaining to immigration, nationality and naturalization; to cultivate the jurisprudence of the immigration laws; and to facilitate the administration of justice and elevate the standard of integrity, honor and courtesy of those appearing in a representative capacity in immigration and naturalization matters. AILA's members practice regularly before the United States Citizenship and Immigration Services and the Executive Office for Immigration Review, as well as before the United States District Courts, Courts of Appeals, and the Supreme Court of the United States.

Georgia's HB 87 constitutes an impermissible attempt to regulate immigration matters within the state. The bill is based on fundamental misunderstandings of immigration law, and exceeds the proper scope of a state's authority when attempting to regulate immigration. As the specialty bar association for immigration attorneys, AILA is uniquely able to comment on the bill's flaws. AILA's analysis of HB 87 may assist the Court in its deliberations.

Accordingly, Amicus requests leave to submit the attached brief.

DATED this 15th day of June 2011.

Dated:   June 15, 2011

                                    Respectfully submitted,

                                    /s/ Socheat Chea
                                    Socheat Chea
                                    Georgia Bar No. 122212
                                    Socheat Chea, P.C.
                                    3500 Duluth Park Ln, Bldg. 300
                                    Duluth, GA 30096
                                    (770)623-8880

                                    Rebecca Sharpless
                                       (*Pro hac vice* motion forthcoming)
                                    Florida Bar No. 0131024
                                    Farrin Anello
                                       (*Pro hac vice* motion forthcoming)
                                    New York Bar No. 4403952
                                    Immigration Clinic
                                    University of Miami School of Law
                                    1311 Miller Drive, E273
                                    Coral Gables, FL 33146
                                    (305) 284-3576
                                    (305) 284-6092, clinic

                                    *Counsel for Amicus Curiae*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al*., )<br><br>Plaintiffs )<br><br>v. )<br><br>Governor Nathan Deal, *et al*., )<br><br>Defendants. ) | Case No. 1:11-cv-1804-TWT |

<u>ORDER</u>

Upon consideration of the *Motion for Leave to File Brief of Amicus Curiae AILA in Support of the Plaintiff's Motion for Preliminary Injunction*, it is hereby:

ORDERED that the *Motion for Leave to File Brief of Amicus Curiae AILA in Support of the Plaintiff's Motion for Preliminary Injunction* is granted; and

ORDERED that the *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction is filed.

Dated: _____

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the following attorney for Defendants Deal, Olens, Reese, and Beatty, to whom a copy is being sent by Fed-Ex today:

Devon Orland
Office of State Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
dorland@law.ga.gov
*Attorney for Defendants Deal, Olens, Reese and Beatty*

I hereby certify that a copy of the foregoing is being sent by Fed-Ex on this date to the following non-CM/ECF participant:

Falecia Stewart
Executive Director, Housing Authority of Fulton County
HAFC Headquarters
4273 Wendell Drive
Atlanta, GA 30336

This 15th day of June, 2011.

/s/ Socheat Chea

5