IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, et al., | ) ) ) |
| Plaintiffs | ) ) |
| | ) Case No. 1:11-cv-1804-TWT |
| v. | ) |
| Governor Nathan Deal, et al., | ) ) |
| Defendants. | ) ) ) |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE AILA
IN SUPPORT OF THE PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

*Amicus*, the GEORGIA ASSOCIATION OF LATINO ELECTED OFFICIALS ("GALEO"), hereby requests leave to submit a brief in this matter in support of Plaintiffs' Motion for Preliminary Injunction.  GALEO is established to increase representation of Latino/Hispanic elected and appointed officials, to proactively address the issues and needs of the Latino community, and to engage the Latino/Hispanic community in the democratic and policy process across the State of Georgia.  GALEO also serves to promote legislative participation by Hispanics in an effort to increase their voice with regards to those issues specifically affecting the Latino community.

HB 87 creates a vehicle for immigration enforcement that is not only unconstitutional, but that encourages egregious violations of the rights of Georgia's residents and visitors.   Amici write with particular concern about the disproportionate and damaging effect on Georgia's communities of color, who will be unfairly targeted and alienated by HB 87. GALEO's analysis of HB 87 may assist the Court in its deliberations.

Accordingly, Amicus requests leave to submit the attached brief.

RESPECTFULLY SUBMMITTED THIS

DATED:  16th day of June, 2011          **ROHAN LAW, PC**


/s/ *Douglas Rohan*
DOUGLAS B. ROHAN
GA BAR # 613515

Attorney for Amicus Curiae

GEORGIA ASSOCIATION OF
LATINO ELECTEDOFFICIALS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Georgia Latino Alliance for Human Rights, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) Case No. 1:11-cv-1804-TWT | |
| v. | ) | |
| Governor Nathan Deal, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Motion for Leave to File Brief of Amicus Curiae GALEO in Support of the Plaintiff's Motion for Preliminary Injunction*, it is hereby:

ORDERED that the *Motion for Leave to File Brief of Amicus Curiae GALEO in Support of the Plaintiff's Motion for Preliminary Injunction* is granted; and

ORDERED that the *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Preliminary Injunction is filed.

Dated: _____

_____
The Honorable Thomas W. Thrash, Jr.
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the following attorney for Defendants Deal, Olens, Reese, and Beatty, to whom a copy is being sent by Fed-Ex today:

Devon Orland
Office of State Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
dorland@law.ga.gov
*Attorney for Defendants Deal, Olens, Reese and Beatty*

I hereby certify that a copy of the foregoing is being sent by Fed-Ex on this date to the following non-CM/ECF participant:
Falecia Stewart
Executive Director, Housing Authority of Fulton County
HAFC Headquarters
4273 Wendell Drive
Atlanta, GA 30336

This 16th day of June, 2011.

/s/ *Douglas Rohan*