**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Governor Nathan Deal, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:11-cv-1804-TWT |

**PLAINTIFFS' NOTICE
REGARDING *BUQUER V. CITY OF INDIANAPOLIS***

Plaintiffs file this notice to provide the Court with the preliminary injunction opinion issued on the evening of June 24, 2011 in *Buquer v. City of Indianapolis*, Case 1:11-cv-708 (S.D. Ind.). The plaintiffs in *Buquer* challenge two provisions of Indiana's recently enacted Senate Enrolled Act 590, a state immigration law that was scheduled to go into effect on July 1, 2011. The challenged provisions: (1) authorize state and local law enforcement officers to make warrantless arrests of individuals for civil immigration violations, and (2) criminalize the knowing or intentional offer or acceptance of a consular identification card as a valid form of identification.

1

The *Buquer* court's reasoning may be useful to this Court as it considers the

pending motion for preliminary injunction and motion to dismiss.  A copy of the

*Buquer* ruling is attached here (Attachment 1).


Dated:  June 25, 2011                          Respectfully submitted,[1]

                                               /s/ Samuel Brooke
                                               *On behalf of Attorneys for Plaintiffs*


Linton Joaquin (*pro hac vice*)            Omar C. Jadwat (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)           Andre Segura (*pro hac vice*)
Nora A. Preciado (*pro hac vice*)          Elora Mukherjee (*pro hac vice*)
Melissa S. Keaney (*pro hac vice*)         AMERICAN CIVIL LIBERTIES UNION
NATIONAL IMMIGRATION LAW                    FOUNDATION
CENTER                                     125 Broad Street, 18th Floor
3435 Wilshire Boulevard, Suite 2850        New York, New York 10004
Los Angeles, California 90010              T: (212) 549-2660
T: (213) 639-3900                          F: (212) 549-2654
F: (213) 639-3911                          *ojadwat@aclu.org*
*Joaquin@nilc.org*                         *asegura@aclu.org*
*Tumlin@nilc.org*                          *emukherjee@aclu.org*
*Preciado@nilc.org*
*Keaney@nilc.org*


Naomi Tsu (GSB No. 507612)                 Cecillia D. Wang (*pro hac vice*)
Michelle R. Lapointe (GSB No. 007080)      Katherine Desormeau (*pro hac vice*)
Daniel Werner (GSB No. 422070)             AMERICAN CIVIL LIBERTIES
SOUTHERN POVERTY LAW CENTER                UNION FOUNDATION IMMIGRANTS'
233 Peachtree St., NE, Suite 2150          RIGHTS PROJECT
Atlanta, Georgia  30303                    39 Drumm Street
T: (404) 521-6700                          San Francisco, California 94111
F: (404) 221-5857                          T: (415) 343-0775
*naomi.tsu@splcenter.org*                  F: (415) 395-0950

---

[1] Counsel certifies this document has been prepared in accordance with L.R. 5.1.

2

*michelle.lapointe@splcenter.org*
*daniel.werner@splcenter.org*

Mary Bauer (GSB No. 142213)
Andrew H. Turner (*pro hac vice*)
Samuel Brooke (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (404) 956-8200
F: (404) 956-8481
*mary.bauer@splcenter.org*
*andrew.turner@splcenter.org*
*samuel.brooke@splcenter.org*

Tanya Broder (*pro hac vice*)
Jonathan Blazer (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400
Oakland, California 94612
T: (510) 663-8282
F: (510) 663-2028
*Broder@nilc.org*
*Blazer@nilc.org*

Sin Yen Ling (*pro hac vice*)
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
T: (415) 896-1701  x 110
F: (415) 896-1702
*sinyenL@asianlawcaucus.org*

*cwang@aclu.org*
*kdesormeau@aclu.org*

Chara Fisher Jackson (GSB No. 386101)
Azadeh N. Shahshahani (GSB No. 509008)
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, Georgia  30339
T: (770) 303-8111
*cfjackson@acluga.org*
*ashahshahani@acluga.org*

G. Brian Spears  (GSB No. 670112)
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086
F: (404) 892-1128
*Bspears@mindspring.com*

R. Keegan Federal, Jr. (GSB No. 257200)
FEDERAL & HASSON, LLP
Two Ravinia Drive, Ste 1776
Atlanta, Georgia  30346
T: (678) 443-4044
F: (678) 443-4081

Charles H. Kuck  (GSB No. 429940)
Danielle M. Conley (GSB No. 222292)
KUCK IMMIGRATION PARTNERS
LLC
8010 Roswell Road, Suite 300
Atlanta, Georgia  30350
T: (404) 816-8611
F: (404) 816-8615
*CKuck@immigration.net*
*DConley@immigration.net*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record who are registered in the CM/ECF system.  A copy will also be placed in the mail, first-class pre-paid, to the following attorney who is not registered on CM/ECF:

> Pickens Andrew Patterson , Jr.
> Thomas Kennedy Sampson & Patterson
> 3355 Main Street
> Atlanta, GA 30337

This 25th day of June, 2011.


/s/ Samuel Brooke

4