IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GEORGIA LATINO ALLIANCE** | * | |
| **FOR HUMAN RIGHTS, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| V. | * | **1:11-CV-1804-TWT** |
| | * | |
| **NATHAN DEAL, Governor of the** | * | |
| **State of Georgia, et al.,** | * | |
| | * | |
| Defendants. | * | |

### NOTICE OF APPEAL OF
### DEFENDANTS NATHAN DEAL AND SAMUEL OLENS

Come Now Defendants Deal and Olens, by and through counsel, the Attorney General for the State of Georgia, and hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's June 27, 2011 order partially granting Plaintiff's Motion for Preliminary Injunction. *See* Doc. 93. Specifically, Defendants appeal the grant of the motion to enjoin enforcement of Sections 7 and 8 of Georgia House Bill HB87 contained within O.C.G.A. §§ 16-11-200, 16-11-201, 16-11-202 and 17-5-100.

The district court's order is immediately appealable pursuant to 28 U.S.C. § 1292 (a)(1).

        Respectfully submitted,

        SAMUEL S. OLENS  551540
        Attorney General

        KATHLEEN M. PACIOUS 558555
        Deputy Attorney General

        /s/ Devon Orland
        DEVON ORLAND  554301
        Senior Assistant Attorney General

        /s/ Meghan R. Davidson
        MEGHAN R. DAVIDSON 445566
        Assistant Attorney General

Please Address All Communications To:
DEVON ORLAND
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail: dorland@law.ga.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Andre I. Segura | Gerald R. Weber |
| Andrew H. Turner | Karen C. Tumlin |
| Azadeh N. Shahshahani | Katerine Desormeau |
| Cecillia D. Wang | Linton Joaquin |
| Chara Fisher Jackson | Mary C. Bauer |
| Charles H. Kuck | Melissa S. Keaney |
| Dale M. Schwartz | Michelle R. Lapointe |
| Daniel Werner | Naomi Ruth Tsu |
| Danielle M. Conley | Nora Preciado |
| Douglas Brooks Rohan | Omar C. Jadwat |
| Elora Mukherjee | Robert Keegan Federal, Jr. |
| Emmet J. Bondurant, II | Samuel Brooke |
| George Brian Spears | Sin Yen Ling |
| Gerald Jason Thompson | Socheat Chea |

I further certify that I have served, by U.S. mail, first class postage prepaid, the following non-CM/ECF participants:

Carla Gorniak
Christopher R. Clark
Henry L. Solano
Dewey & LeBoeuf, LLP-NY
1301 Avenue of the Americas
New York, NY 10019

Farrin Rose Anello
Rebecca Ann Sharpless
Immigration Clinic, University of Miami School of Law
1311 Miller Drive
E257
Coral Gables, FL 33146

Jonathan Blazer
Tanya Broder
National Immigration Law Center
Suite 1400
405 14th Street
Oakland, CA 94612

Kenneth John Sugarman
ACLU Immigrant's Rights Project
39 Drumm Street
San Francisco, CA 94111

Pickens Andrew Patterson, Jr.
Thomas Kennedy Sampson & Patterson
3355 Main Street
Atlanta, GA 30337

2

This 5th day of July, 2011.

|  |  |
|---|---|
|  | /s/ Devon Orland |
| State Law Department | Sr. Assistant Attorney General |
| 40 Capitol Square SW | Georgia Bar No. 554301 |
| Atlanta, GA  30334 |  |
| Tel: (404) 463-8850 |  |
| Fax: (404) 651-5304 |  |
| Email: dorland@law.ga.gov |  |