IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEORGIA LATINO ALLIANCE
FOR HUMAN RIGHTS, et al.,

    Plaintiffs,

     v.

NATHAN DEAL
Governor of the State of Georgia, in
his official capacity, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-1804-TWT

ORDER

This is a constitutional challenge to Georgia's new immigration law. It is before the Court on the Plaintiffs' Motion for Leave to Proceed Under Pseudonyms [Doc. 3]. No response to the motion has been filed and it is treated as unopposed pursuant to Local Rule 7.1. The Plaintiffs' Motion for Leave to Proceed Under Pseudonyms [Doc. 3] is GRANTED.

SO ORDERED, this 8 day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge