**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:11-cv-1804-TWT ) ) |
| Governor Nathan Deal, et al., | ) ) |
| Defendants. | ) ) |

**CONSENT MOTION FOR EXTENSION OF TIME AND TO DEFER
HEARING, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, with the consent of Defendants, respectfully request that the Court

extend until August 8, 2011 the time for Plaintiffs to respond to Defendants'

Motion to Stay the Case ("Stay Motion").  Rec. Doc. 100.  Plaintiffs further

request that the Court defer and reschedule the hearing on the Stay Motion

currently scheduled for 2:00 p.m. on July 28, 2011.

**MEMORANDUM OF LAW**

A Court may extend the time during which a party must act for "good

cause."  Fed. R. Civ. P. 6(b).

The following constitutes good cause for the requested extension:

1.  On July 5, 2011, Defendants Nathan Deal and Samuel S. Olens filed a
    Notice of Appeal, Rec. Doc. 97, seeking review by the U.S. Court of
    Appeals for the Eleventh Circuit of this Court's Order on Plaintiffs' Motion
    for a Preliminary Injunction and Defendants' Motion to Dismiss.

2.  On July 8, 2011, Defendants Nathan Deal, Mike Beatty, Samuel S. Olens,
    and Clyde L. Reese III filed a Motion to Stay the Case ("Stay Motion")
    pending the Eleventh Circuit appeal.  Rec. Doc. 100.

3.  Absent an extension, Plaintiffs' response to the Stay Motion would be due
    on July 25, 2011.

4.  On July 12, 2011, the Court set a hearing on the Stay Motion for July 28,
    2011 at 2:00 p.m.

5.  Over the course of this week, counsel for Plaintiffs has conferred with
    counsel for Defendants about reaching an agreement to resolve the Stay
    Motion.  To allow the parties time to explore whether such an agreement can
    be reached, the parties agreed that an extension of time until August 8, 2011
    for Plaintiffs to respond to the stay motion would be helpful, as a stipulated
    resolution could obviate the need for the Court to rule on the issue.

For the reasons set forth herein, Plaintiffs respectfully request that the Court grant Plaintiffs an extension of time until August 8, 2011, within which to file their response to Defendants' Stay Motion. If the parties are able to reach a stipulated resolution of the stay motion, the stipulation will be presented to the Court on or before August 8, 2011. Finally, because the Stay Motion will not be fully briefed before the July 28, 2011 scheduled hearing should the Court grant the instant motion, Plaintiffs request that the Court defer or reschedule the date of the hearing until a date subsequent to August 8, 2011. If the parties are not able to reach a resolution of the Stay Motion, the hearing may be scheduled for whatsoever date selected by the Court after the issue is fully briefed.

For the convenience of the Court, a proposed order is attached.

Dated:  July 13, 2011                                  Respectfully submitted,[1]

                                                       /s/ Daniel Werner

                                                       *On behalf of Attorneys for Plaintiffs*

---

[1] Counsel certifies this document has been prepared in accordance with L.R. 5.1.

Linton Joaquin (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Nora A. Preciado*
Melissa S. Keaney (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
T: (213) 639-3900
F: (213) 639-3911
*Joaquin@nilc.org*
*Tumlin@nilc.org*
*Preciado@nilc.org*
*Keaney@nilc.org*

Omar C. Jadwat*
Andre Segura*
Elora Mukherjee*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2660
F: (212) 549-2654
*ojadwat@aclu.org*
*asegura@aclu.org*
*emukherjee@aclu.org*

Naomi Tsu (GSB No. 507612)
Michelle R. Lapointe (GSB No. 007080)
Daniel Werner (GSB No. 422070)
SOUTHERN POVERTY LAW CENTER
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700
F: (404) 221-5857
*naomi.tsu@splcenter.org*
*michelle.lapointe@splcenter.org*
*daniel.werner@splcenter.org*

Cecillia D. Wang (*pro hac vice*)
Katherine Desormeau (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775
F: (415) 395-0950
*cwang@aclu.org*
*kdesormeau@aclu.org*

Mary Bauer (GSB No. 142213)
Andrew H. Turner*
Samuel Brooke*
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (404) 956-8200
F: (404) 956-8481
*mary.bauer@splcenter.org*
*andrew.turner@splcenter.org*
*samuel.brooke@splcenter.org*

Chara Fisher Jackson (GSB No. 386101)
Azadeh N. Shahshahani (GSB No.
509008)
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, Georgia  30339
T: (770) 303-8111
*cfjackson@acluga.org*
*ashahshahani@acluga.org*

4

Tanya Broder (*pro hac vice*)
Jonathan Blazer*
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400
Oakland, California 94612
T: (510) 663-8282
F: (510) 663-2028
*Broder@nilc.org*
*Blazer@nilc.org*

Sin Yen Ling*
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
T: (415) 896-1701  x 110
F: (415) 896-1702
*sinyenL@asianlawcaucus.org*

G. Brian Spears  (GSB No. 670112)
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086
F: (404) 892-1128
*Bspears@mindspring.com*

R. Keegan Federal, Jr. (GSB No. 257200)
FEDERAL & HASSON, LLP
Two Ravinia Drive, Ste 1776
Atlanta, Georgia  30346
T: (678) 443-4044
F: (678) 443-4081

Charles H. Kuck  (GSB No. 429940)
Danielle M. Conley (GSB No. 222292)
KUCK IMMIGRATION PARTNERS
LLC
8010 Roswell Road, Suite 300
Atlanta, Georgia  30350
T: (404) 816-8611
F: (404) 816-8615
*CKuck@immigration.net*
*DConley@immigration.net*

*Attorneys for Plaintiffs*

*Application for admission *pro hac vice* pending

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2011, I electronically filed the attached with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

S/BRIAN SPEARS, ECF-Registered Attorney
Georgia Bar No. 670112
Attorney for Plaintiffs
1126 Ponce de Leon Avenue
Atlanta, GA 30306
Telephone: (404) 872-7086
Email: Bspears@mindspring.com