**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |
|---|---|
| Georgia Latino Alliance for Human Rights, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:11-cv-1804-TWT ) ) |
| Governor Nathan Deal, et al., | ) ) |
| Defendants. | ) ) ) |

**PLAINTIFFS' UNOPPOSED RESPONSE**
**TO THE STATE DEFENDANTS' MOTION TO STAY THE CASE**

Plaintiffs file this response and the attached proposed consent Order in response to the State Defendants' ("Defendants") Motion to Stay the Case. Rec. Doc. 100.

1.    On July 8, 2011, Defendants filed the instant Motion to Stay the Case pending appellate review of this Court's Order enjoining Sections 7 and 8 of HB 87. Rec. Doc. 100. Plaintiffs filed, and the Court granted, a Consent Motion for Extension of Time to allow the parties time to attempt to reach an agreement to resolve Defendants' Motion to Stay. Rec. Docs. 104, 107.

1

2.    On August 5, 2011, the parties reached an agreement to stay proceedings with the caveat that both parties agree that the stay would not prevent Plaintiffs from moving for leave to amend their Complaint.  The parties agreed that Defendants similarly would not be stayed from opposing Plaintiffs' motion for leave to amend, should they have objections at that time.

Plaintiffs respectfully request the Court to stay the case under the terms of the parties' agreement.  For the convenience of the Court, a proposed order is attached.

Dated:  August 8, 2011                          Respectfully submitted,[1]

                                                            */s/ Naomi Tsu*

                                                            *On behalf of Attorneys for Plaintiffs*

Linton Joaquin (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Nora A. Preciado (*pro hac vice*)
Melissa S. Keaney (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
T: (213) 639-3900
F: (213) 639-3911
*Joaquin@nilc.org*
*Tumlin@nilc.org*

Omar C. Jadwat (*pro hac vice*)
Andre Segura (*pro hac vice*)
Elora Mukherjee (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2660
F: (212) 549-2654
*ojadwat@aclu.org*
*asegura@aclu.org*
*emukherjee@aclu.org*

---

[1] Counsel certifies this document has been prepared in accordance with L.R. 5.1.

*Preciado@nilc.org*
*Keaney@nilc.org*

Naomi Tsu (GSB No. 507612)
Michelle R. Lapointe (GSB No. 007080)
Daniel Werner (GSB No. 422070)
SOUTHERN POVERTY LAW CENTER
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700
F: (404) 221-5857
*naomi.tsu@splcenter.org*
*michelle.lapointe@splcenter.org*
*daniel.werner@splcenter.org*

Mary Bauer (GSB No. 142213)
Andrew H. Turner (*pro hac vice*)
Samuel Brooke (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (404) 956-8200
F: (404) 956-8481
*mary.bauer@splcenter.org*
*andrew.turner@splcenter.org*
*samuel.brooke@splcenter.org*

Tanya Broder (*pro hac vice*)
Jonathan Blazer (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400
Oakland, California 94612
T: (510) 663-8282
F: (510) 663-2028
*Broder@nilc.org*
*Blazer@nilc.org*

Cecillia D. Wang (*pro hac vice*)
Katherine Desormeau (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775
F: (415) 395-0950
*cwang@aclu.org*
*kdesormeau@aclu.org*

Chara Fisher Jackson (GSB No. 386101)
Azadeh N. Shahshahani (GSB No.
509008)
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, Georgia  30339
T: (770) 303-8111
*cfjackson@acluga.org*
*ashahshahani@acluga.org*

G. Brian Spears  (GSB No. 670112)
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086
F: (404) 892-1128
*Bspears@mindspring.com*

R. Keegan Federal, Jr. (GSB No. 257200)
FEDERAL & HASSON, LLP
Two Ravinia Drive, Ste 1776
Atlanta, Georgia  30346
T: (678) 443-4044
F: (678) 443-4081

Charles H. Kuck  (GSB No. 429940)

Sin Yen Ling (*pro hac vice*)
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
T: (415) 896-1701  x 110
F: (415) 896-1702
*sinyenL@asianlawcaucus.org*

Danielle M. Conley (GSB No. 222292)
KUCK IMMIGRATION PARTNERS
LLC
8010 Roswell Road, Suite 300
Atlanta, Georgia  30350
T: (404) 816-8611
F: (404) 816-8615
*CKuck@immigration.net*
*DConley@immigration.net*

*Attorneys for Plaintiffs*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date a true and correct copy of the foregoing document was filed through the Court's CM/ECF system and served electronically on all parties registered through that system.  Parties may also access this filing through the court's CM/ECF system.

*/s/ Naomi Tsu*