# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Governor Nathan Deal, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:11-cv-1804-TWT |

## [~~PROPOSED~~] CONSENT ORDER STAYING CASE

For good cause shown, this case is stayed pending issuance of a ruling by the United States Appellate Court for the Eleventh Circuit on Defendants' appeal noticed in Rec. Doc. 97. This Order stays Defendants' obligation to file an answer and stays discovery between the parties including all disclosures and planning conferences pursuant to Fed. R. Civ. P. 26 and L.R. 26.1. This Order does not stay Plaintiffs from moving for leave to amend their Complaint nor does it stay Defendants from responding to such a motion for leave to amend. SO ORDERED: Dated this 10th day of August, 2011.

                                              /s/Thomas W. Thrash
                                       United States District Judge