**UNITED STATES COURT OF APPEALS**
For the Eleventh Circuit

No. 11-13044

District Court Docket No.
1:11-cv-01804-TWT

GEORGIA LATINO ALLIANCE FOR HUMAN RIGHTS,
SERVICE EMPLOYEES INTERNATIONAL UNION,
SOUTHERN REGIONAL JOINT BOARD OF WORKERS' UNITED,
DREAM ACTIVIST.ORG,
TASK FORCE FOR THE HOMELESS, et al.,

Plaintiffs - Appellees,

versus

GOVERNOR OF GEORGIA,
ATTORNEY GENERAL, STATE OF GEORGIA,

Defendants - Appellants,

COMMISSIONER OF THE DEPARTMENT OF HUMAN
SERVICES OF THE STATE OF GEORGIA, et al.,

Defendants.

Appeal from the United States District Court for the
Northern District of Georgia

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 20, 2012
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Issued as Mandate:
December 6, 2012