UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GEORGIA LATINO ALLILANCE FOR HUMAN RIGHTS, et al , <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br> NATHAN DEAL, Governor of the State of Georgia, in his official capacity, et al, <br><br>　　　　　Defendants. | CIVIL ACTION FILE <br><br> NO.  1:11cv1804-TWT |

**O R D E R**

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this 10th day of December, 2012.

　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE