**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, et al., )<br><br>          Plaintiffs, )<br><br>v. )<br><br>Governor Nathan Deal, et al., )<br><br>          Defendants. ) | Case No. 1:11-cv-1804-TWT |

**JOINT STIPULATION TO DISMISS CLAIMS OF JOHN DOE #1**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismiss with prejudice John Doe #1's claims in this action.

2. This stipulation does not affect the claims of any parties other than

John Doe #1.

Submitted this 8th day of January, 2013.

*/s/ Devon Orland*
Devon Orland, on behalf of
Defendants Deal, Olens, Reese,
and Beatty

*/s/ P. Andrew Patterson*
P. Andrew Patterson, on behalf of
Defendant Falecia Stewart

*/s/ Naomi Tsu*
Naomi Tsu, on behalf of Plaintiffs
Georgia Latino Alliance for
Human Rights, Service Employees
International Union, Southern
Regional Joint Board of Workers'
United, DREAM Activist.org,
Task Force for the Homeless,
Asian American Legal Advocacy
Center, Alterna, Coalition of
Latino Leaders, Instituto de
Mexico, Inc. of Atlanta, Coalition
for the People's Agenda, Paul
Bridges, Benjamin Speight, Everitt
Howe, Paul C. Edwards, Sharon
Gruner, Jane Doe # 1, Jane Doe #
2, Jaypaul Singh, Ernesto Pinon,
John Doe # 1, John Doe # 2, David
Kennedy

*Attorney for State Defendants*

Devon Orland
Office of State Attorney General
Capitol Square, S.W.
Atlanta, GA 30334-1300
404-463-8850
Fax: 404-651-5304
Email: dorland@law.ga.gov

*Attorneys for Plaintiffs*

Linton Joaquin (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Nora A. Preciado (*pro hac vice*)
Melissa S. Keaney (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
T: (213) 639-3900
F: (213) 639-3911
*Joaquin@nilc.org*
*Tumlin@nilc.org*
*Preciado@nilc.org*
*Keaney@nilc.org*

Naomi Tsu (GSB No. 507612)
Michelle R. Lapointe (GSB No. 007080)
Daniel Werner (GSB No. 422070)
SOUTHERN POVERTY LAW CENTER
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700
F: (404) 221-5857
*naomi.tsu@splcenter.org*
*michelle.lapointe@splcenter.org*
*daniel.werner@splcenter.org*

*Attorney for County Defendant*

Pickens Andrew Patterson, Jr.
Smith, Gabrell & Russel, LLP
Promenade, Suite 3100
1230 Peachtree Street, NE
Atlanta, GA 30309
404-815-3500

Omar C. Jadwat (*pro hac vice*)
Andre Segura (*pro hac vice*)
Elora Mukherjee (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2660
F: (212) 549-2654
*ojadwat@aclu.org*
*asegura@aclu.org*
*emukherjee@aclu.org*

Cecillia D. Wang (*pro hac vice*)
Katherine Desormeau (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775
F: (415) 395-0950
*cwang@aclu.org*
*kdesormeau@aclu.org*

Chara Fisher Jackson (GSB No. 386101)
Azadeh N. Shahshahani (GSB No.

Mary Bauer (GSB No. 142213)
Andrew H. Turner (*pro hac vice*)
Samuel Brooke (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (404) 956-8200
F: (404) 956-8481
*mary.bauer@splcenter.org*
*andrew.turner@splcenter.org*
*samuel.brooke@splcenter.org*

Tanya Broder (*pro hac vice*)
Jonathan Blazer (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400
Oakland, California 94612
T: (510) 663-8282
F: (510) 663-2028
*Broder@nilc.org*
*Blazer@nilc.org*

Winifred Kao (*pro hac vice*)
Carolyn Hsu (*pro hac vice*)
ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
T: (415) 896-1701  x 110
F: (415) 896-1702
*winifredk@asianlawcaucus.org*
*carolynh@asianlawcaucus.org*

509008)
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, Georgia  30339
T: (770) 303-8111
*cfjackson@acluga.org*
*ashahshahani@acluga.org*

G. Brian Spears  (GSB No. 670112)
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086
F: (404) 892-1128
*Bspears@mindspring.com*

R. Keegan Federal, Jr. (GSB No. 257200)
FEDERAL & HASSON, LLP
Two Ravinia Drive, Ste 1776
Atlanta, Georgia  30346
T: (678) 443-4044
F: (678) 443-4081

Charles H. Kuck  (GSB No. 429940)
Danielle M. Conley (GSB No. 222292)
KUCK IMMIGRATION PARTNERS
LLC
8010 Roswell Road, Suite 300
Atlanta, Georgia  30350
T: (404) 816-8611
F: (404) 816-8615
*CKuck@immigration.net*
*DConley@immigration.net*