**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:11-cv-1804-TWT ) ) |
| Governor Nathan Deal, *et al.*, | ) ) |
| Defendants. | ) ) ) |

**CONSENT MOTION TO: (1) VOLUNTARILY DISMISS DEFENDANTS
REECE, BEATTY, AND STEWART; (2) SET BRIEFING SCHEDULE ON
DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS; AND
(3) PERMANENTLY ENJOIN SECTION 7 OF HB 87**

On December 19, 2012, the Court entered a scheduling order (ECF #131) governing future proceedings in this case.  As required by that scheduling order, and in light of Defendants' decision not to file a petition for a writ of certiorari seeking review of the Court of Appeals' August 20, 2012 opinion and order, the parties have conferred regarding the next steps in this litigation.  Accordingly, Plaintiffs, with the consent of all Defendants, now respectfully move for the following relief:

1

(1) An order pursuant to Fed. R. Civ. P. 41(a)(2) dismissing Defendants Reece, Beatty, and Stewart from this case, without prejudice. Plaintiffs believe that these Defendants are not necessary for Plaintiffs to obtain relief on their remaining claims against Section 8 of HB 87;

(2) An order setting a briefing schedule agreed by the remaining parties on Defendants' forthcoming supplemental motion to dismiss Plaintiffs' claims against Section 8.  Under the proposed schedule, Defendants' opening brief would be due on March 20, 2013; Plaintiffs' answering brief would be due on or before April 25, 2013; and Defendants' reply, if any, would be due on or before May 9, 2013; and

(3) An order permanently enjoining Section 7 of HB 87, and requiring Defendants to inform state law enforcement and other relevant organizations of the permanent injunction.

Proposed orders reflecting the parties' agreements on these matters are attached to this motion.

Respectfully submitted,

Dated March 19, 2013

By: /s/      Omar C. Jadwat
Omar C. Jadwat (admitted *pro hac vice*)
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2620
*ojadwat@aclu.org*

2

3

Naomi Tsu (GSB No. 507612)
Southern Poverty Law Center
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700
F: (404) 221-5857
*naomi.tsu@splcenter.org*

Karen C. Tumlin (admitted *pro hac vice*)
National Immigration Law Center
3435 Wilshire Blvd., Suite 2850
Los Angeles, CA 90010
Telephone: (213) 639-2850
*tumlin@nilc.org*

*On behalf of all attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was filed through the Court's CM/ECF system and served electronically on all parties registered through that system.  Parties may also access this filing through the court's CM/ECF system.

Dated March 19, 2013                    /s/ Omar C. Jadwat
                                        Omar C. Jadwat

4