## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>Governor Nathan Deal, *et al.*,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:11-cv-1804-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER DISMISSING DEFENDANTS REECE, BEATTY, AND STEWART

Pursuant to Fed. R. Civ. P. 41(a)(2), and the request of the parties, Defendants

Clyde L. Reese, III, Mike Beatty, and Falecia Stewart are dismissed from this

action. This dismissal is without prejudice.


SO ORDERED, this _____ day of March, 2013.


                                       _____

                                       Thomas W. Thrash, Jr.
                                       UNITED STATES DISTRICT JUDGE