## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Governor Nathan Deal, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:11-cv-1804-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] BRIEFING SCHEDULE

The parties have agreed on a briefing schedule on Defendants' supplemental motion to dismiss Plaintiffs' claims against Section 8 of the Georgia Illegal Immigration Reform and Enforcement Act of 2011 ("HB 87"). Accordingly, the Court orders as follows:

1. Defendants' supplemental motion to dismiss is due on or before March 20, 2013;

2. Plaintiffs' response is due on or before April 25, 2013; and

3. Defendants' reply, if any, is due on or before May 9, 2013.

SO ORDERED, this _____ day of March, 2013.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Thomas W. Thrash, Jr.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE