**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*, ) ) ) ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:11-cv-1804-TWT |
| v. ) ) | |
| Governor Nathan Deal, *et al.*, ) ) | |
| Defendants. ) ) | |

**[PROPOSED] PERMANENT INJUNCTION**

In light of the Court of Appeals' August 20, 2012 decision in this case, reported at

691 F.3d 1250, the parties agree that Section 7 of HB 87 has been held to be

preempted by federal law. Accordingly, the Court orders that:

1. Section 7 of the Georgia Illegal Immigration Reform and Enforcement Act

   of 2011 ("HB 87"), codified at O.C.G.A. Title 16, Chapter 11, Article 5 (§§

   16–11–200-203), is permanently enjoined; and

2. Defendants shall take appropriate measures to inform state law enforcement

   agencies of the permanent injunction, and will disseminate this order to the

   Georgia Peace Officer Standards and Training Council, the Georgia Public

   Safety Training Center, the Georgia Prosecuting Attorneys' Council, the

   Georgia Sheriffs Association, the Georgia Association of Chiefs of Police,

the Association County Commissioners of Georgia, and the Georgia

Municipal Association.

SO ORDERED this _____ day of March, 2013.

_____
Thomas W. Thrash, Jr.
UNITED STATES DISTRICT JUDGE