**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>Governor Nathan Deal, *et al.*,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:11-cv-1804-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER DISMISSING DEFENDANTS REECE, BEATTY,
AND STEWART**

Pursuant to Fed. R. Civ. P. 41(a)(2), and the request of the parties, Defendants

Clyde L. Reese, III, Mike Beatty, and Falecia Stewart are dismissed from this

action. This dismissal is without prejudice.

SO ORDERED, this 20th day of March, 2013.

/s/Thomas W. Thrash
Thomas W. Thrash, Jr.
UNITED STATES DISTRICT JUDGE