IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Governor Nathan Deal, *et al.*,<br><br>　　　　Defendants. | Case No. 1:11-cv-1804-TWT |

**PERMANENT INJUNCTION**

In light of the Court of Appeals' August 20, 2012 decision in this case, reported at 691 F.3d 1250, the parties agree that Section 7 of HB 87 has been held to be preempted by federal law. Accordingly, the Court orders that:

1. Section 7 of the Georgia Illegal Immigration Reform and Enforcement Act of 2011 ("HB 87"), codified at O.C.G.A. Title 16, Chapter 11, Article 5 (§§ 16–11–200-203), is permanently enjoined; and

2. Defendants shall take appropriate measures to inform state law enforcement agencies of the permanent injunction, and will disseminate this order to the Georgia Peace Officer Standards and Training Council, the Georgia Public Safety Training Center, the Georgia Prosecuting Attorneys' Council, the Georgia Sheriffs Association, the Georgia Association of Chiefs of Police,

the Association County Commissioners of Georgia, and the Georgia Municipal Association.

SO ORDERED this 20th day of March, 2013.

/s/Thomas W. Thrash  
Thomas W. Thrash, Jr.  
UNITED STATES DISTRICT JUDGE