**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **GEORGIA LATINO ALLIANCE FOR HUMAN RIGHTS, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **V.** | * | **1:11-CV-1804-TWT** |
| | * | |
| **NATHAN DEAL, Governor of the State of Georgia, et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**DEFENDANTS' REPLY IN SUPPORT SUPPLEMENTAL BRIEF IN
SUPPORT OF THEIR MOTION TO DISMISS**

Come Now, Defendants, through Counsel and file this REPLY in support of their Supplemental Motion to Dismiss and show that Plaintiffs' response evidences the need to dismiss any remaining claims.

1) Plaintiffs concede that the sole remaining claim in this action is a facial challenge to the constitutionality of Section 8 of HB87. (Doc. 148 p. 1)

2) As a facial challenge, Plaintiffs must show that the law in unconstitutional in all of its applications. *GeorgiaCarry.Org, Inc. v. Georgia*, 687 F.3d 1244 (11th Cir. 2012)(*citing United States v. Salerno*, 481 U.S. 739, 745, 107 S. Ct. 2095, 2100, 95 L. Ed. 2d 697 (1987)) *see*

*also Harris v. Mexican Specialty Foods, Inc.*, 564 F.3d 1301, 1308 (11th Cir. 2009) ("An as-applied challenge, by contrast, addresses whether 'a statute is constitutional on the facts of a particular case or to a particular party.'").

3) The Eleventh Circuit has determined that the law can be applied in a constitutional manner. *Ga. Latino Alliance for Human Rights v. Deal*, 691 F.3d 1250, 1268 (11th Cir. 2012).

4) Plaintiffs' request for discovery to determine how the law will be enforced presents further acknowledgment that the law can be enforced in a constitutional manner.

5) While the Governor and Attorney General have been held in this action to be proper parties for a pre-enforcement facial challenge, they are not the proper parties for claims regarding enforcement of the statute because they are not directly responsible for its enforcement.  Ga. Const. art. IX, § 1, ¶ 3(a) § 2, ¶ 1, 2; O.C.G.A. §§ 36-8-5; 15-16-9; 15-16-10.  Plaintiffs' requested discovery regarding county and city enforcement reinforces this; if a county or city law enforcement agency enforces the statute in an unconstitutional manner, that agency would be the proper defendant in a suit raising those claims.

6) Plaintiffs' suggestion that they can conduct discovery in 159 counties and 536 incorporated municipalities within the state to determine if the statute is being enforced in an unconstitutional manner is unprecedented and Plaintiffs cite to no authority that would allow it.

## CONCLUSION

For the above and foregoing reasons, Plaintiffs complaint should be dismissed in its entirety.

Respectfully submitted,

|                       |        |
|-----------------------|--------|
| SAMUEL S. OLENS       | 551540 |
| Attorney General      |        |
|                       |        |
| KATHLEEN PACIOUS      | 558555 |
| Deputy Attorney General |      |

/s/   Devon Orland
DEVON ORLAND        554301
Sr. Assistant Attorney General

Please Address All
Communications To:

Devon Orland
40 Capitol Square, S.W.
Atlanta, GA  30334-1300
(404) 463-8850
(404) 651-5304

3

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point New Times Roman type face.

This the 22nd day of May, 2013.

/s/ Devon Orland
DEVON ORLAND                554301
Sr. Assistant Attorney General

40 Capitol Square, S.W.
Atlanta, GA 30334-1300
(404) 463-8850 (Telephone)
(404) 651-5304 (Fax)
Email:  Dorland@law.ga.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing **REPLY BRIEF IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Andre Segura
Carolyn Hsu
Cecelia Wang
Elora Mukerjee
Karen Tumlin
Katherine Desormeau
Linton Joaquin
Melissa Keaney
Nora Preciado
Samuel Brooke
Sin Yen Ling
Tanya Broder
Winifred Kao
Andrew Turner
Azadeh Shahshahani
Chara Jackson
Charles Kuck
Daniel Wener
Danielle Conley
George Brian Spears
Jonathon Blazer
Kenneth Sugarman
Mary Bauer
Michelle Lapointe
Naomi Tsu
Omar Jadwat
Robert Keegan Federal, Jr.

This 22nd day of May, 2013.


                              s/ Devon Orland

State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 463-8850
Fax: (404) 651-5304
Email: dorland@law.ga.gov