**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Georgia Latino Alliance for Human Rights, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:11-cv-1804-TWT ) ) |
| Governor Nathan Deal, *et al.*, | ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' MOTION FOR RECONSIDERATION[1]

Plaintiffs respectfully move pursuant to Federal Rule of Civil Procedure 59(e) and Local Rule 7.2E for reconsideration of the Court's Opinion and Order dated July 19, 2013 (Doc. 154) and the Clerk's Judgment (Doc. 156) entered thereafter, which dismissed the remaining claim as to the constitutionality of Section 8 of Georgia's HB 87. Plaintiffs seek reconsideration to correct clear error and to prevent injustice that resulted from incomplete briefing arising from Defendants asserting a new argument for dismissal in their reply memorandum.

Reconsideration of the Opinion and Order is warranted for two reasons: (1) the ground upon which the Court granted Defendants' Motion to Dismiss (Doc.

---

[1] Plaintiffs respectfully request oral argument on this motion.

144)—that Plaintiffs could not meet the test for facial challenges articulated by *United States v. Salerno*, 481 U.S. 739 (1987)—was not properly before the Court, as Defendants raised it for the first time in their Reply Memorandum (Doc. 149); and (2) regardless of the timing of Defendants' argument, it is incorrect on the merits, as *Salerno* does not bar Plaintiffs' facial challenge to Section 8.  Plaintiffs set forth their arguments for reconsideration in an accompanying memorandum of law which they hereby incorporate by reference.

WHEREFORE, Plaintiffs respectfully request that this Court: (a) reconsider and vacate its Opinion and Order (Doc. 154) and the Clerk's Judgment (Doc. 156); and (b) issue an order denying Defendants' Motion to Dismiss (Doc. 144).

Dated:  August 16, 2013

Respectfully submitted,[2]
/s/   Omar C. Jadwat
Omar C. Jadwat
*On behalf of Attorneys for Plaintiffs*

Linton Joaquin (*pro hac vice*)
Karen C. Tumlin (*pro hac vice*)
Nora A. Preciado (*pro hac vice*)
Melissa S. Keaney (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
3435 Wilshire Boulevard, Suite 2850
Los Angeles, California 90010
T: (213) 639-3900
F: (213) 639-3911

Omar C. Jadwat (*pro hac vice*)
Andre Segura (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, New York 10004
T: (212) 549-2660
F: (212) 549-2654
*ojadwat@aclu.org*
*asegura@aclu.org*

---

[2] Counsel certifies this document has been prepared in accordance with L.R. 5.1.

*Joaquin@nilc.org*
*Tumlin@nilc.org*
*Preciado@nilc.org*
*Keaney@nilc.org*

Naomi Tsu (GSB No. 507612)
Michelle R. Lapointe (GSB No. 007080)
Daniel Werner (GSB No. 422070)
SOUTHERN POVERTY LAW CENTER
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-6700
F: (404) 221-5857
*naomi.tsu@splcenter.org*
*michelle.lapointe@splcenter.org*
*daniel.werner@splcenter.org*

Samuel Brooke (*pro hac vice*)
SOUTHERN POVERTY LAW CENTER
400 Washington Ave.
Montgomery, Alabama 36104
T: (334) 956-8200
F: (334) 956-8481
*samuel.brooke@splcenter.org*

Tanya Broder (*pro hac vice*)
NATIONAL IMMIGRATION LAW
CENTER
405 14th Street, Suite 1400
Oakland, California 94612
T: (510) 663-8282
F: (510) 663-2028
*Broder@nilc.org*

Winifred Kao (*pro hac vice*)
Carolyn Hsu (*pro hac vice*)
ASIAN LAW CAUCUS
55 Columbus Avenue

Justin B. Cox (*GA bar admission pending*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
233 Peachtree St., NE, Suite 2150
Atlanta, Georgia  30303
T: (404) 521-5854
*jcox@aclu.org*

Cecillia D. Wang (*pro hac vice*)
Katherine Desormeau (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION IMMIGRANTS'
RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111
T: (415) 343-0775
F: (415) 395-0950
*cwang@aclu.org*
*kdesormeau@aclu.org*

Chara Fisher Jackson (GSB No. 386101)
Azadeh N. Shahshahani (GSB No.
509008)
ACLU OF GEORGIA
1900 The Exchange, Suite 425
Atlanta, Georgia  30339
T: (770) 303-8111
*cfjackson@acluga.org*
*ashahshahani@acluga.org*

G. Brian Spears  (GSB No. 670112)
1126 Ponce de Leon Ave., N.E.
Atlanta, Georgia 30306
T: (404) 872-7086
F: (404) 892-1128
*Bspears@mindspring.com*

R. Keegan Federal, Jr. (GSB No. 257200)

3

San Francisco, California 94111
T: (415) 896-1701  x 110
F: (415) 896-1702
*winifredk@asianlawcaucus.org*
*carolynh@asianlawcaucus.org*

FEDERAL & HASSON, LLP
Two Ravinia Drive, Ste 1776
Atlanta, Georgia  30346
T: (678) 443-4044
F: (678) 443-4081

Charles H. Kuck  (GSB No. 429940)
Danielle M. Conley (GSB No. 222292)
KUCK IMMIGRATION PARTNERS
LLC
8010 Roswell Road, Suite 300
Atlanta, Georgia  30350
T: (404) 816-8611
F: (404) 816-8615
*CKuck@immigration.net*
*DConley@immigration.net*

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing document was filed through the Court's CM/ECF system and served electronically on all parties registered through that system.  Parties may also access this filing through the court's CM/ECF system.

Dated August 16, 2013                    /s/ Omar C. Jadwat
                                         Omar C. Jadwat